# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>  *Plaintiff*,<br><br> v.<br><br>FORTINET, INC.,<br><br>  *Defendant*. | Case No. 2:22-cv-00322<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RELATED CASES

COMES NOW, Plaintiff Lionra Technologies Limited hereby notifies the Court pursuant to Local Rule CV-42(a) that all or a material part of this action is related to the subject matter or operative facts of earlier filed actions in the United States District Court for the Eastern District of Texas styled:

1. USDC TXED, Case No. 2:22-cv-00305-JRG-RSP (Lionra Technologies Ltd. v. Cisco Systems, Inc.), and

2. USDC TXED, Case No 2:22-cv-00319-JRG-RSP (Lionra Technologies Ltd. v. Hewlett Packard Enterprise Company and Aruba Networks, LLC).

| | |
|---|---|
| Dated: August 19, 2022 | */s/ Reza Mirzaie* |
| | Reza Mirzaie |
| | CA State Bar No. 246953 |
| | Marc A. Fenster |
| | CA State Bar No. 181067 |
| | Paul A. Kroeger |
| | CA State Bar No. 229074 |
| | Neil A. Rubin |
| | CA State Bar No. 250761 |
| | Jonathan Ma |
| | CA State Bar No. 312773 |
| | RUSS AUGUST & KABAT |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, CA  90025 |
| | Telephone: 310-826-7474 |
| | Email: rmirzaie@raklaw.com |
| | Email: mfenster@raklaw.com |
| | Email: pkroeger@raklaw.com |
| | Email: nrubin@raklaw.com |
| | Email: jma@raklaw.com |
| | |
| | **ATTORNEYS FOR PLAINTIFF,** |
| | **LIONRA TECHNOLOGIES LIMITED** |