AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | | |
|---|---|---|
| Lionra Technologies Limited | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:22-cv-00322-JRG-RSP |
| Fortinet, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lionra Technologies Limited                                                                                       .

Date:      08/25/2022

/s/ Jonathan Ma
*Attorney's signature*

Jonathan Ma CA Bar No. 312773
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

jma@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

| Print | Save As... | Reset |