AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| Lionra Technologies Limited | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:22-cv-00322-JRG-RSP |
| Fortinet, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lionra Technologies Limited                                                                                              .

Date:   08/25/2022

/s/ Andrew D. Weiss
*Attorney's signature*

Andrew D. Weiss CA Bar No. 232974
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
*Address*

aweiss@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print     Save As...                                                                                          Reset