| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br><br>Attorney For: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>4549-002W | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

Plaintiff: LIONRA TECHNOLOGIES LIMITED
Defendant: FORTINET, INC.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:22-cv-00322-JRG-RSP |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Rule 7.1 Disclosure Statement; Notice Of Related Cases; Notice Of Designation Of Lead Counsel; Jury Demand

3. a. Party served: FORTINET, INC.
   b. Person served: Terri Tremblay, CSC Lawyers Inc., Registered Agent Authorized to Accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 211 E 7th St Suite 620, Austin, TX 78701

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Aug 23 2022 (2) at: 03:28 PM

6. **Person Who Served Papers:**
   a. Dane Ray Cuppett
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee* for Service was: $359.50

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

08/25/2022
(Date)            (Signature)



PROOF OF SERVICE

7545402
(5071531)