UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>　　　　　Defendant. | Case No.  2:22-cv-00322-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER THE COMPLAINT**

Plaintiff Lionra Technologies Limited ("Lionra") requests a 45-day extension for defendant Fortinet, Inc. ("Fortinet") to answer the complaint.  Fortinet's deadline to answer or otherwise respond to the Complaint is September 13, 2022.  Dkt. No. 13.  Lionra understands that Fortinet is in the process of securing outside litigation counsel and needs additional time to explore the claims and defenses at issue in this case.  This extension is not sought for purposes of delay, but rather to accommodate Fortinet as it secures outside litigation counsel and to permit said counsel time to prepare a response to the Complaint.  Accordingly, good cause supports the instant Motion and should be granted by the Court.

Dated:  September 12, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Brett Cooper*

　　　　　　　　　　　　　　　　　　　　　Brett E. Cooper (NY SBN 4011011)
　　　　　　　　　　　　　　　　　　　　　bcooper@bc-lawgroup.com
　　　　　　　　　　　　　　　　　　　　　BC LAW GROUP, P.C.
　　　　　　　　　　　　　　　　　　　　　200 Madison Avenue, 24th Floor

New York, NY 10016  
Phone: (516) 359-9668

***Attorneys for Plaintiff Lionra Technologies Limited***

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 12, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system pursuant to Local Rule CV-5(a)(3)(A).

*/s/ Brett Cooper*

## CERTIFICATE OF CONFERENCE

The Parties have complied with the meet and confer requirement in Local Rule CV-7(h) and the motion is submitted as agreed.

*/s/ Brett Cooper*