UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FORTINET, INC.,<br><br>　　　　　Defendant. | Case No.  2:22-cv-00322-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Lionra Technologies Limited ("Lionra") Motion to extend the deadline for defendant Fortinet, inc. ("Fortinet") to answer the complaint. The Court, having considered the motion, finds that it should be and hereby is **GRANTED**.

Accordingly, it is **ORDERED** that the deadline for Fortinet to answer the complaint is extended for 45 days until October 28, 2022.