IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 2:22-cv-00322-JRG-RSP |
| FORTINET, INC., | § § § | |
| Defendant. | § | |

### ORDER

Before the Court is the Unopposed Motion to Extend Deadline to Answer the Complaint. **Dkt. No. 15**. Defendant Fortinet, Inc. requests a 45-day extension.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Fortinet to answer or otherwise respond to the Complaint is extended to October 28, 2022.

**SIGNED this 13th day of September, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE