# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-00322-JRG-RSP |
| FORTINET, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LIMITED.

Date: 10/04/2022

/s/ Seth Hasenour
*Attorney's signature*

Seth Hasenour SBN 24059910
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016

*Address*

shasenour@b-clg.com
*E-mail address*

(212) 951-0100
*Telephone number*

*FAX number*

Print    Save As...    Reset