AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:22-cv-00322-JRG-RSP |
| Fortinet, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LIONRA TECHNOLOGIES LTD.                                                                        .

Date:   10/06/2022

/s/ Jonathan Yim
*Attorney's signature*

Jonathan Yim SBN 5324967
*Printed name and bar number*

BC LAW GROUP, P.C.
200 Madison Avenue, 24th Floor
New York, NY 10016
*Address*

jyim@b-clg.com
*E-mail address*

(212) 951-0100
*Telephone number*

*FAX number*

Print    Save As...    Reset