## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § | |
| § | |
| *Plaintiff*, § | |
| v. § | Case No. 2:22-cv-00322-JRG-RSP |
| § | (LEAD) |
| FORTINET, INC., § | |
| § | |
| *Defendant*. § | |
| § | |
| § | |

## ORDER

Before the Court, plaintiff Lionra Technologies Limited moves unopposed for an extension of time to file a response brief in opposition to defendant Cisco Systems, Inc.'s motion to dismiss under 35 U.S.C. § 101. Case No. 2:22-cv-00305 Dkt. No. 24 (filed before consolidation). Having considered the motion and its unopposed nature, it is **GRANTED**. Lionra Technologies Limited may file its response by November 14, 2022.

**SIGNED this 24th day of October, 2022.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE