**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **LIONRA TECHNOLOGIES LIMITED,**<br><br>        Plaintiff,<br><br>**v.**<br><br>**FORTINET, INC.**<br><br>        Defendant. | **Civil Action No. 2:22-cv-00322-JRG-RSP**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |
| **LIONRA TECHNOLOGIES LIMITED,**<br><br>        Plaintiff,<br><br>**v.**<br><br>**HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC.**<br><br>        Defendants. | **Civil Action No. 2:22-cv-00319-JRG-RSP**<br><br>**MEMBER CASE**<br><br>**JURY TRIAL DEMANDED** |

<u>**NOTICE OF APPEARANCE**</u>

Please take notice that Jennifer H. Doan of the law firm HALTOM & DOAN enters her appearance as counsel of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") and requests that any correspondence, motions, notices, and pleadings in this action directed to Defendants also be served upon Jennifer H. Doan at the following address:

> Jennifer H. Doan
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX  75503
> Telephone:  (903) 255-1000
> Facsimile:  (903) 255-0800

<u>**NOTICE OF APPEARANCE**</u> – Page 1

Email:  jdoan@haltomdoan.com

Please add the name of Mrs. Doan to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

*/s/ Jennifer H. Doan*
Jennifer H. Doan
Texas Bar No. 08809050
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX  75503
Telephone:  (903) 255-1000
Facsimile:  (903) 255-0800
Email:  jdoan@haltomdoan.com

**ATTORNEY FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on October 27, 2022.

*/s/ Jennifer H. Doan*
Jennifer H. Doan