# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC.<br><br>Defendant. | Civil Action No. 2:22-cv-00322-JRG-RSP<br><br>LEAD CASE<br><br>JURY TRIAL DEMANDED |
| LIONRA TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY and ARUBA NETWORKS, LLC.<br><br>Defendants. | Civil Action No. 2:22-cv-00319-JRG-RSP<br><br>MEMBER CASE<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Please take notice that Kyle Randall Akin of the law firm HALTOM & DOAN enters his appearance as counsel of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") and requests that any correspondence, motions, notices, and pleadings in this action directed to Defendants also be served upon Kyle Randall Akin at the following address:

> Kyle Randall Akin
> HALTOM & DOAN
> 6500 Summerhill Road, Suite 100
> Texarkana, TX 75503
> Telephone: (903) 255-1000
> Facsimile: (903) 255-0800
> Email: kakin@haltomdoan.com

**NOTICE OF APPEARANCE** – Page 1

Please add the name of Mr. Akin to all service lists in this matter, including the e-filing service list.

Respectfully submitted,

/s/ *Kyle Randall Akin*
Kyle Randall Akin
Texas Bar No. 24105422
HALTOM & DOAN
6500 Summerhill Road, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000
Facsimile:  (903) 255-0800
Email:  kakin@haltomdoan.com

**ATTORNEY FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document has been served via the Court's ECF system on October 27, 2022.

*/s/ Kyle Randall Akin*
Kyle Randall Akin

**NOTICE OF APPEARANCE** – Page 2