# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, | |
| Plaintiff, | Case No. 2:22-cv-00322-JRG-RSP |
| vs. | |
| FORTINET, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF APPEARANCE OF MATTHEW C. GAUDET

**COMES NOW** Matthew C. Gaudet of Duane Morris LLP and respectfully enters his appearance as lead counsel of record for Defendant Fortinet, Inc. Mr. Gaudet was admitted to the bar of this Court on December 8, 2011. All further communications, correspondence and orders may be directed to Mr. Gaudet at the address reflected below:

> 1075 Peachtree Street NE
> Suite 1700
> Atlanta, Georgia  30309
> Tel.:  (404) 253-6900
> Fax:  (404) 253-6901
> Email:  mcgaudet@duanemorris.com

Dated:  October 28, 2022

Respectfully submitted:

/s/ Matthew C. Gaudet
Matthew C. Gaudet
GA Bar No. 287789
mcgaudet@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE
Suite 1700
Atlanta, Georgia 30309
Telephone:  404.253.6900
Facsimile:  404.253.6901

*Counsel for Defendant Fortinet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 28, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF MATTHEW C. GAUDET** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                s/ *Matthew C. Gaudet*
                                                 Matthew C. Gaudet