UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>   Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>   Defendants. | Civil Action No. 2:22-CV-00322-JRG<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF ALICE E. SNEDEKER

COMES NOW Alice E. Snedeker of Duane Morris, LLP and respectfully enters her appearance as counsel of record for Defendant Fortinet, Inc.  Ms. Snedeker was admitted to the bar of this Court on January 13, 2015.  All further communications, correspondence and orders may be directed to Ms. Snedeker at the below address:

1075 Peachtree Street NE<br>
Suite 1700<br>
Atlanta, Georgia  30309<br>
Telephone:  (404) 253.6900<br>
Facsimile:  (404) 253.6901<br>
Email:  aesnedeker@duanemorris.com

| | |
|---|---|
| Dated:  October 28, 2022 | **DUANE MORRIS LLP**<br><br>*/s/ Alice E. Snedeker*<br>Alice E. Snedeker (GA Bar No. 151066)<br>1075 Peachtree Street, Suite 1700<br>Atlanta, Georgia  30309<br>Telephone:  (404) 253.6900<br>Facsimile:  (404) 253.6901<br>Email:  aesnedeker@duanemorris.com<br><br>*Defendant Fortinet, Inc.* |

~ 2 ~

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 28, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF ALICE E. SNEDEKER** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                            */s/ Alice E. Snedeker*
                                                            Alice E. Snedeker