

# Exhibit E





# Introduction to Aruba 8400

Dik van Oeveren – Aruba Consulting System Engineer

# 8400
## Hardware Overview



# Aruba campus edge switch portfolio



**5400R**



**3810M**



**2930M**



**2930F**



**2540**



**2530**

**2530**
- Layer 2
- 8, 24 or 48 ports with 10/100 or Gig
- sFlow, ACLs, IPv6
- Fanless & compact models
- Models with 10GbE uplinks
- PoE+ models

**2540**
- Layer 2 with static & RIP routing
- 24, 48 ports Gig
- PoE+ models
- Fixed 10GbE Uplinks
- Internal Power supply
- Central support

**2930F**
- Standard Layer 3 with static, RIP routing & Access OSPF
- 4 Unit VSF Stacking
- 8, 24, 48 ports Gig
- PoE+ models
- Fixed 1GbE and 10GbE Uplinks
- Internal Power supply
- OpenFlow
- Central support

**2930M**
- Standard Layer 3 with static, RIP routing & OSPF
- 10 Unit Backplane Stacking
- Redundant power
- Modular 10GbE and 40GbE uplinks
- OpenFlow
- Central support
- 1440W PoE/Redundant Power

**3810M**
- Advanced Layer 3
- 24 or 48 port Gig
- Smart Rate multi-gigabit Ethernet
- Wire speed 40GbE
- PoE+ models
- Modular uplinks
- Redundant power
- 10 unit stacking
- OpenFlow

**5400R**
- Advanced Layer 3
- 6 and 12- slot compact chassis
- Smart Rate multi-gigabit Ethernet
- Wire speed 40GbE
- Redundant mgmt. and power
- 96 10GbE ports, 288 1 GbE ports
- 288 ports full PoE+ capable
- OpenFlow

**Campus, branch and SMB networks**

3

# Aruba campus core and aggregation switch portfolio



**3810M**

- Advanced Layer 3 and BGP
- 16 to 24 ports of 10G
- Flexible uplinks using 4 ports of 10G or 2 ports of 40G
- Redundant power
- 10 unit stacking
- OpenFlow



**5400R**

- Advanced Layer 3 and BGP
- 6 and 12- slot compact chassis
- Smart Rate multi-gigabit Ethernet
- Wire speed 40GbE
- Redundant mgmt. and power
- 96 10GbE ports, 288 1 GbE ports
- 288 ports full PoE+ capable
- OpenFlow



**NEW**

**8320**

- Advanced Layer 3, including IPv4/IPv6 routing, BGP, and VRF
- 48 ports of 10G to support SFP/SFP+ and 6 ports of 40G to support QSFP+
- Up to 2.5Tbps of switching capacity and 1.9BPPS
- Flexible bundle that includes 2x power supplies, 5x fans, and the unit (JL479A)
- Supports SFP/SFP+ and QSFP+ Transceivers
- Wire speed 10G and 40G
- Redundant fan and power supplies



**8400**

- Advanced Layer 3, including IPv4/IPv6 routing, BGP, and  VRF
- 8-slot chassis with redundant mgmt. module, fan, fabric module, and power
- Up to19.2Tbps of switching capacity and 7.14 BPPS
- Flexible bundles that includes 32 ports of 10G and 8 ports of 40G (JL376A)
- Line Modules: 32Px10G w/ MACsec, 8Px40G, and 6Px40G/100G
- Wire speed 10, 40, and 100G
- Up to 256 10G ports, 64 40G ports, and 48 ports of 100G ports

**Campus core and aggregation solutions**

4

# Introducing Aruba 8400:
# Campus Aggregation & Core





8 RU x 26.0" Depth

240 lbs. populated

8 Line Card Slots

3 Fabric Card Slots

2 Management Slots

4 Power Supplies

18 Fan Modules

*9.6Tb/s of Line Rate Port Bandwidth*

1.2 Tb/s Ingress + Egress Forwarding per Slot

1.8 Tb/s Fabric Interface In + Out

19.2 Tb/s, VoQ Dynamic Load Balanced Fabric

99.999% Available, Redundant Passive Chassis



5

# 8400 Hardware Architecture: Built for Scalability & HA

**FRONT VIEW**

**N+N AC Power Supply 4x2500W PS**

**8 Line Card Slots Up to 1.2 Tbps**



**8 Rack Units. 17.4" W x 13.8" H x 26.0" D**

**Redundant Management Modules with X86 CPU for scalability**

**REAR VIEW**

**AC Inlets**

**3 Fabric Modules w/ N+1 Redundancy**

**3 Rows of 6 Fans w/ N+1 Redundancy**

- Fully extensible fabric design – allows for seamless upgrades to future bandwidth scale

- Line Cards: 32x10G, 8x40G, 6x100G

- 0 to 40 degrees C

- Front to Back Airflow

- Mountable on 19 inch, 2 post rack


a Hewlett Packard Enterprise company

6

# Front components



**Power supplies**

**Line cards**

**Management modules**

**Line cards**

**Front display card**

7

# Rear components



# Line cards

**JL363A - Aruba 8400 32-port 10GbE SFP/SFP+ with MACsec Advanced Module**

– 10GbE x 32 SFP+ w/ MACsec

– 1x external TCAM

– Packet buffer: 1.5 GB
  – Note: MACsec not supported on ArubaOS-CX release 1



**JL365A - Aruba 8400 8-port 40GbE QSFP+ Advanced Module**

– 40GbE x 8 QSFP

– 1x external TCAM

– Packet buffer: 1.5 GB



**JL366A - Aruba 8400 6-port 40GbE/100GbE QSFP28 Advanced Module**

– 100GbE x 6 QSFP

– 2x external TCAM

– Packet buffer: 3.0 GB

– Requires 3 Fabric for 100% Throughput, estimate 80% with 2 Fabric





a Hewlett Packard
Enterprise company

9

# Management modules

**JL368A - Aruba 8400 Management Module**

– Runs
- – ArubaOS-CX operating system
- – Management plane + control plane

– 1+1 redundancy
- – Slots 5 and 6

– Detailed status display

– CPU/memory/storage
- – Intel Broadwell-DE
- – DRAM:  32GB DDR4 DRAM
- – SSD: 120GB

– External connectors
- – Console ports: RJ45 and MicroUSB
- – OOB Ethernet management





10

# Fabric modules

## JL367A - Aruba 8400 Fabric Module

– 3 slots – located behind the fan trays

– Best of Breed Merchant Silicon

– Direct Plug Orthogonal Line Card to Fabric Connection

– 180W /  614 BTU; 16.75 x 6.75 in.





# Orthogonal Connections





# Aruba 8400 deployment: Campus L3 core and aggregation

| Network Component / Layer | | Network Hardware | Network Protocols |
|---|---|---|---|
| AIRWAVE NETWORK MANAGEMENT    CLEARPASS ACCESS MANAGEMENT | Network Control Plane | AIRWAVE NETWORK MANAGEMENT    CLEARPASS ACCESS MANAGEMENT | |
| | Controller | Aruba Mobility Controller | |
| Core: 40/100G | Core Solution:8400 <br><br> Building | ARP > 128K (up to 512K) <br> IPv4,v6 > 256K (up to 1M), 64K <br> ACLs > 64K <br> Multicast > 64K <br> 3-4 Buildings (6-8 Agg Switches) | OSPF, BGP (Internet), MLAG, ACL (policy routing), et al |
| Agg: 10/25/40G | Aggregation Solution: 8400 <br><br> 2-4 ports/LAG | ARP > 64K (128K LPV) <br> IPv4,v6 > 128K, 32K <br> ACLs > 64K (256K) <br> 24-48 Access (96-192x10G) | OSPF, MLAG, VRF, ACLs (user policy aggregation), et al |
| | Access Switch | Aruba 5400R, 3810, 2930 | |
| | AP | Aruba AP 320, AP 330 | |



# Aruba 8400 deployment: Campus L3 core, 8320 in aggregation

| Network Component / Layer | | Network Hardware | Network Protocols |
|---|---|---|---|
| AIRWAVE NETWORK MANAGEMENT / CLEARPASS ACCESS MANAGEMENT | Network Control Plane | AIRWAVE NETWORK MANAGEMENT / CLEARPASS ACCESS MANAGEMENT | |
| | Controller | Aruba Mobility Controller | |
| Core: 10/40/100G | Core Solution: 8400 \newline Building | ARP > 128K (up to 512K) \newline IPv4,v6 > 256K (up to 1M), 64K \newline ACLs > 64K \newline Multicast > 64K \newline 3-4 Buildings (6-8 Agg Switches) | OSPF, BGP (Internet), MLAG, ACL (policy routing), et al |
| Agg: 10G | Aggregation Solution: 8320 \newline 2-4 ports/LAG | ARP > 64K (128K LPV) \newline IPv4,v6 > 128K, 32K \newline ACLs > 64K (256K) \newline 24-48 Access (96-192x10G) | OSPF, MLAG, VRF, ACLs (user policy aggregation), et al |
| | Access Switch | Aruba 5400R, 3810, 2930 | |
| | AP | Aruba AP 320, AP 330 | |



a Hewlett Packard Enterprise company

14

# ArubaOS-CX
# Software Architecture



# ArubaOS-CX: Heart of Aruba's Campus Core and Aggregation Products

## Programmable
Open APIs for programmability using REST and Python

## Secure
Complete device, network, application security, and trusted Infrastructure



ArubaOS-CX

## Extensible
Built for micro-services and integration with other workflow systems and services

## Innovative
Highly available and fault tolerant, including rollback Built in visibility and analytics





a Hewlett Packard
Enterprise company

16

# ArubaOS-CX Philosophy

– Database driven
  – All state expressed in an in-memory DB
  – No inter-process communication
– Leverage Linux
  – Take advantage of the richness of open source community
– Fully programmable
  – Everything must be configurable through programmatic API
– Resilient
  – Daemons must be able to restart with the same state as when they went down
– Supportable
  – Rich logging and debugging built in from the start



# ArubaOS-CX Software Architecture

## Benefits

- High modularity – easy to extend and maintain
- Full visibility – everything is in one place
- Full programmability – everything is modeled
- Resiliency – agent that fails resyncs from the DB
- High availability – easy to sync to standby MM

aruba
a Hewlett Packard Enterprise company

# High Availability: Management Modules

**Active**

**Current State Database**

– Almost all logic runs on Active
– Active agents don't know that standby exists
– Current state database synchronizes continuously to standby

**Standby**

**Current State Database**

– Standby is mostly syncing current state database
– Kernel tables are synced to speed up failover

**Kernel sync**

**Routing, ARP tables**

Kernel



19

# ArubaOS-CX Meets the Challenge with Innovation







# Fully Open and Programmatic SW Architecture

– Powerful toolsets for automation, assurance, analytics

- Full programmable using REST API's
- Enables distributed or centralized analytics using REST to subscribe for information
- Root Cause analytics
- 3rd Party customizations

– Robust foundational elements

- Database driven architecture delivers HA, fault tolerance and configuration roll back
- Built for scale with best-in-breed sub-systems
- Designed for feature velocity and easy replication across portfolio
- Easy to maintain and patch





21

# Swagger API Browser

– Online documentation

– Easy to use

– Simple testing

– Standard tool





22

# Network Analytic Engine



# Monitoring & Troubleshooting Made Easy



**Complement to AirWave**
Complete REST API for integration
Policies can generate Syslog messages for legacy

AirWave and
3rd party tools

Web UI

**Web UI & REST API**
Auto-generated for each
policy script

**Intelligence and Automation**
Full power of Python
Parameters for customization
Variables for persistent policy state

**Condition Trigger Language**

**Flexible Actions**
Alert Level
CLI command execution
CLI command output capture
Configuration checkpoint diff capture
Syslog generation
Script function callback

Switch

REST API

Network Analytic
Engine

NAE Agents
– Built-in
– ASE
– Custom

Configuration
and State

Time Series
Data

Low system overhead
and sandbox isolation

Scripts upload,
readable, can be
customized

Time series data
recording capability

**Wide Monitoring Capabilities**
Configuration  •  Protocol and System State
ASIC Counters  •  ACL's

Simple: Programmability for Network Operations…Driving Predictability

# Network Analytic Engine Accessibility

## Easy to Access

- Aruba Solution Exchange hub for solutions
- Links to useful resources, tutorials and help
- GitHub posting of Aruba NAE Agents

## Easy to Use

- Users can modify and enhance Aruba supplied scripts
- Switch GUI to upload scripts and activate agents; pre-loaded and pre-activated
- REST interface to also manage scripts and agents

## Ramping Up

- Submit requests for scripts like feature requests in the ramp up period
- Training tools



25

# NAE Communities

– Aruba Solution Exchange (ASE)
  – NAE primary script portal
  – Public solutions integrate directly with NAE UI
  – Community can create custom NAE solutions

– GitHub
  – Developer community
  – All Aruba NAE scripts will be posted to GitHub
  – Community can fork and enhance Aruba scripts
  – Global approval for HPE employees posting NAE scripts on GitHub

– Airheads
  – Community to glue components together
  – NAE, Aruba Solutions Exchange and GitHub

– Committed R&D investment in building NAE scripts and helping with community





a Hewlett Packard
Enterprise company

26















# Thank You!