IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>v.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**HEWLETT PACKARD ENTERPRISE COMPANY**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Hewlett Packard Enterprise Company makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Hewlett Packard Enterprise Company certifies, by and through its undersigned counsel of record, that it is a publicly held corporation, it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

HEWLETT PACKARD ENTERPRISE COMPANY
CORPORATE DISCLOSURE STATEMENT

Date:  October 28, 2022     **GIBSON, DUNN & CRUTCHER LLP**

*/s/ Mark N. Reiter*
Veronica Smith Moyé (24000092)
VMoye@gibsondunn.com
Mark N. Reiter (16759900)
mreiter@gibsondunn.com
Ashbey N. Morgan (24106339)
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

**HALTOM & DOAN**

Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, Tx 75503
Telephone: (903) 255-1000
Facsimile: (903) 255-0800

*Attorney for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, the foregoing was electronically in compliance with Local Rules and served via the Court's electronic filing system on all counsel who have consented to electronic service.

                                                 */s/ Mark N. Reiter*
                                                 **Mark N. Reiter**