# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>v.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

## ARUBA NETWORKS, LLC
## CORPORATE DISCLOSURE STATEMENT

Defendant Aruba Network, LLC ("Aruba") makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Aruba is an indirectly, wholly owned subsidiary of Hewlett Packard Enterprise Company, a publicly traded corporation and Aruba's parent corporation

| | |
|---|---|
| Date:  October 28, 2022 | **GIBSON, DUNN & CRUTCHER LLP**<br><br>*/s/ Mark N. Reiter*<br>Veronica Smith Moyé (24000092)<br>VMoye@gibsondunn.com<br>Mark N. Reiter (16759900)<br>mreiter@gibsondunn.com<br>Ashbey N. Morgan (24106339)<br>anmorgan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX 75201-6912<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br><br>**HALTOM & DOAN**<br><br>Jennifer Haltom Doan<br>jdoan@haltomdoan.com<br>Kyle Randall Akin<br>kakin@haltomdoan.com<br>6500 Summerhill Road<br>Crown Executive Center Suite 100<br>Texarkana, Tx 75503<br>Telephone: (903) 255-1000<br>Facsimile: (903) 255-0800<br><br>*Attorney for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC* |

ARUBA NETWORKS, LLC
CORPORATE DISCLOSURE STATEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2022, the foregoing was electronically in compliance with Local Rules and served via the Court's electronic filing system on all counsel who have consented to electronic service.

                                          */s/ Mark N. Reiter*
                                          **Mark N. Reiter**

ARUBA NETWORKS, LLC
CORPORATE DISCLOSURE STATEMENT