# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>                    Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>                    Defendant. | Case No. 2:22-cv-00322-JRG<br><br>**JURY TRIAL DEMANDED** |

## FORTINET, INC.'S JURY DEMAND

In accordance with Rule 38(b) of the Federal Rules of Civil Procedure and Local Rule CV-38(a), Defendant Fortinet, Inc. hereby respectfully demands a jury trial on all issues so triable.

Dated:  October 28, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree NE, Suite 1700
Atlanta, GA 30309
Telephone: 404.253.6900
Facsimile: 404.253.6901

*Counsel for Defendant Fortinet, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 28, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                                             */s/ Melissa R Smith*