IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>        *Plaintiff*,<br><br>v.<br><br>FORTINET, INC.,<br><br>        *Defendant*. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DANIEL D. MITCHELL

COMES NOW Daniel D. Mitchell of Duane Morris, LLP and respectfully enters his appearance as counsel of record for Defendant Fortinet, Inc.  Mr. Mitchell was admitted to the bar of this Court on October 7, 2022.  All further communications, correspondence, and orders may be directed to Mr. Mitchell at the address reflected below:

>1075 Peachtree Street, Suite 1700
>Atlanta, Georgia  30309
>(404) 253.6900 (Telephone)
>(404) 253.6901 (Facsimile)
>Email:  dmitchell@duanemorris.com

Dated:  October 31, 2022                Respectfully submitted:

>*/s/ Daniel D. Mitchell*
>Daniel D. Mitchell (GA Bar No. 888409)
>**DUANE MORRIS LLP**
>1075 Peachtree Street, Suite 1700
>Atlanta, Georgia  30309
>Telephone:  (404) 253.6900
>Facsimile:  (404) 253.6901
>Email:  dmitchell@duanemorris.com
>
>*Counsel for Defendant*
>*Fortinet, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on October 31, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DANIEL D. MITCHELL** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                                           /s/ *Daniel D. Mitchell*
                                                                              Daniel D. Mitchell

DM2\16726714.1