# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>      *Plaintiff,*<br><br>v.<br><br>FORTINET, INC.,<br><br>      *Defendant*. | Case No. 2:22-cv-00322-JRG-RSP<br>      (Lead case)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF DAVID C. DOTSON

COMES NOW David C. Dotson of Duane Morris, LLP and respectfully enters his appearance as counsel of record for Defendant Fortinet, Inc. Mr. Dotson was admitted to the bar of this Court on April 19, 2011. All further communications, correspondence, and orders may be directed to Mr. Dotson at the address reflected below:

> 1075 Peachtree Street
> Suite 1700
> Atlanta, Georgia  30309
> (404) 253.6900 (Telephone)
> (404) 253.6901 (Facsimile)
> Email:  dcdotson@duanemorris.com

Dated:  October 31, 2022

Respectfully submitted:

*/s/ David C. Dotson*
David C. Dotson (GA Bar No. 138040)
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 1700
Atlanta, Georgia  30309
Telephone:  (404) 253.6900
Facsimile:  (404) 253.6901
Email:  dcdotson@duanemorris.com

*Counsel for Defendant*
*Fortinet, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on October 31, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF DAVID C. DOTSON** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                /s/ *David C. Dotson*
                                                David C. Dotson