# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | ) | |
| | ) | Case No. 2:22-cv-00322-JRG-RSP |
| v. | ) | (Lead Case) |
| | ) | |
| FORTINET, INC., | ) | |

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | ) | |
| | ) | Case No. 2:22-cv-00305-JRG-RSP |
| v. | ) | (Member Case) |
| | ) | |
| CISCO SYSTEMS, INC., | ) | |

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | ) | |
| | ) | Case No. 2:22-cv-00319-JRG-RSP |
| v. | ) | (Member Case) |
| | ) | |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al, | ) ) | |

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | ) | |
| | ) | Case No. 2:22-cv-00334-JRG-RSP |
| v. | ) | (Member Case) |
| | ) | |
| PALO ALTO NETWORKS, INC, | ) | |

## **NOTICE OF APPEARANCE**

NOW COMES Kurt Truelove, of the Truelove Law Firm, PLLC, 100 West Houston, Marshall, Texas 75670, and enters an appearance as counsel of record for Plaintiff Lionra Technologies Limited in the Lead Case (Case No. 2:22-cv-00322) and Member Cases (2:22-cv-00305-JRG-RSP, 2:22-cv-00319-JRG-RSP, and 2:22-cv-00334-JRG-RSP).

Mr. Truelove requests to receive notices from the Court on all issues related to this case.

DATED:  November 3, 2022

        Respectfully submitted,

        */s/ Kurt Truelove*
        Justin Kurt Truelove
        TX State Bar No. 24013653

        **TRUELOVE LAW FIRM, PLLC**
        100 West Houston
        Marshall, Texas 75670
        903-938-8321
        903-215-8510 Fax
        kurt@truelovelawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service

/s/ Kurt Truelove