UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**PLAINTIFF'S NOTICE OF COMPLIANCE REGARDING DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Plaintiff Lionra Technologies Limited ("Lionra"), hereby provides notice that on November 3, 2022, it served its Disclosure of Asserted Claims and Infringement Contentions upon Defendants' counsel of record via electronic mail pursuant to the Scheduling Conference Order (Dkt. No. 20).

- 2 -

| | |
|---|---|
| Dated:  November 3, 2022 | Respectfully submitted,<br><br>*/s/ Brett Cooper*<br><br>Brett E. Cooper (NY SBN 4011011)<br>bcooper@bc-lawgroup.com<br>Seth R. Hasenour (TX SBN 24059910)<br>shasenour@bc-lawgroup.com<br>Jonathan Yim (NY SBN 5324967)<br>jyim@bc-lawgroup.com<br>Drew B. Hollander (NY SBN 5378096)<br>dhollander@bc-lawgroup.com<br>BC LAW GROUP, P.C.<br>200 Madison Avenue, 24th Floor<br>New York, NY 10016<br>Tel.: (212) 951-0100<br>Fax: (646) 293-2201<br><br>***Attorneys for Plaintiff Lionra Technologies Limited*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on November 3, 2022.

*/s/ Brett Cooper*
Brett Cooper
