**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>v.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Cisco Systems, Inc. and certifies that she is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendant.

Katherine Q. Dominguez
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, New York, New York 10166
Telephone: (212) 351-2490
Facsimile: (212) 351-6390
kdominguez@gibsondunn.com

DATED: November 7, 2022                              GIBSON, DUNN & CRUTCHER LLP

*/s/ Katherine Q. Dominguez*

Katherine Q. Dominguez
New York Bar No. 4741237
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
kdominguez@gibsondunn.com

Counsel for Defendant Cisco Systems, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 7, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

／s／ *Katherine Q. Dominguez*