**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>v.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**NOTICE OF APPEARANCE OF COUNSEL**

The undersigned attorney hereby enters an appearance as counsel of record for Defendant Cisco Systems, Inc. and certifies that he is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the above-named Defendant.

Stuart M. Rosenberg
California Bar No. 239926
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road, Palo Alto, CA 94304
Telephone: (650) 849-5334
Facsimile: (650) 849-5089
srosenberg@gibsondunn.com

DATED: November 7, 2022					GIBSON, DUNN & CRUTCHER LLP

							*/s/ Stuart M. Rosenberg*

							Stuart M. Rosenberg
							California Bar No. 239926
							GIBSON, DUNN & CRUTCHER LLP
							1881 Page Mill Road
							Palo Alto, CA 94304
							Telephone: (650) 849-5334
							Facsimile: (650) 849-5089
							srosenberg@gibsondunn.com

							Counsel for Defendant Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 7, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Stuart M. Rosenberg*