**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP <br> (Lead Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney hereby enters an appearance as counsel of record for Defendant

Cisco Systems, Inc. and certifies that he is authorized to receive service of all pleadings, notices,

orders and other papers in the above-captioned matter on behalf of the above-named Defendant.

Albert Suarez IV
Texas Bar No. 24113094
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100, Dallas, TX 75201
Telephone: (214) 698-3151
Facsimile: (214) 571-2986
asuarez@gibsondunn.com

DATED: November 7, 2022                    GIBSON, DUNN & CRUTCHER LLP


                                           */s/ Albert Suarez IV*

                                           Albert Suarez IV
                                           Texas Bar No. 24113094
                                           GIBSON, DUNN & CRUTCHER LLP
                                           2001 Ross Avenue, Suite 2100
                                           Dallas, TX 75201
                                           Telephone: (214) 698-3151
                                           Facsimile: (214) 571-2986
                                           asuarez@gibsondunn.com

                                           Counsel for Defendant Cisco Systems, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document has been served on November 7, 2022, to all counsel of record who are deemed to

have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ *Albert Suarez IV*