IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>                Plaintiff,<br>   v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>                Defendant. | Civil Action No. 2:22-CV-00322<br>(LEAD CASE) |

## **JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Palo Alto Networks, Inc. hereby demands a trial by jury on all issues triable of right by a jury.

Date: November 7, 2022

Respectfully submitted:

By: */s/ Melissa R. Smith*
Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (*pro hac vice* to be filed)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***Attorneys for Defendant
Palo Alto Networks, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on November 7, 2022.

                */s/ Melissa R. Smith*