# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-CV-00322<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Michelle L. Marriott enters her appearance as counsel for Defendant Palo Alto Networks, Inc., in the above-referenced proceeding for the purpose of receiving notices from the Court. Ms. Marriott is currently admitted to practice in the United States District Court for the Eastern District of Texas. Ms. Marriott's contact information is as follows:

Michelle L. Marriott
Erise IP, P.A.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 21784
Michelle.Marriott@eriseip.com

| | |
|---|---|
| Date: November 8, 2022 | Respectfully submitted: |

By: */s/ Michelle L. Marriott*
Michelle L. Marriott (KS Bar 21784)
Eric A. Buresh (KS Bar 19895)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (*pro hac vice* to be filed)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on November 8, 2022.

*/s/ Michelle L. Marriott*
Michelle L. Marriott

2