IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>PALO ALTO NETWORKS, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 2:22-CV-00322<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Eric A. Buresh enters his appearance as counsel for Defendant Palo Alto Networks, Inc., in the above-referenced proceeding for the purpose of receiving notices from the Court. Mr. Buresh is currently admitted to practice in the United States District Court for the Eastern District of Texas. Mr. Buresh's contact information is as follows:

Eric A. Buresh
Erise IP, P.A.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Telephone: (913) 777-5600
Fax: (913) 777-5601
Kansas Bar Number: 19895

| | |
|---|---|
| Date: November 8, 2022 | Respectfully submitted:<br><br>By: */s/ Eric A. Buresh*<br>Eric A. Buresh (KS Bar 19895)<br>Michelle L. Marriott (KS Bar 21784)<br>Mark C. Lang (KS Bar 26185)<br>Lydia C. Raw (*pro hac vice* to be filed)<br>ERISE IP, P.A.<br>7015 College Blvd., Ste. 700<br>Overland Park, KS 66211<br>Tel: (913) 777-5600<br>Fax: (913) 777-5601<br>Eric.Buresh@eriseip.com<br>Michelle.Marriott@eriseip.com<br>Mark.Lang@eriseip.com<br>Lydia.Raw@eriseip.com<br><br>Melissa Smith<br>Texas State Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>GILLAM & SMITH, L.L.P.<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Telephone: 903-934-8450<br>Facsimile: 903-934-9257 |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on November 8, 2022.

*/s/ Eric A. Buresh*
Eric A. Buresh