UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff Lionra Technologies Limited ("Lionra") files this unopposed motion for extension of time for Lionra to file its response to Defendant Hewlett Packard Enterprise Company's ("HPE") and Defendant Aruba Networks LLC's ("Aruba") Motion to Dismiss. Dkt. No. 27. Lionra's opposition is currently due on November 11, 2022. However, in light of conflicting deadlines in other matters, Lionra requests an extension to file its response up to and including November 25, 2022. HPE and Aruba do not oppose the requested relief.

In light of the forgoing, good cause supports the requested extension and the Court should grant Lionra's motion.

Dated:  November 9, 2022                                  Respectfully submitted,

By: /s/ Brett Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

*Attorneys for Plaintiff Lionra Technologies Limited*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

/s/ Brett Cooper
Brett Cooper

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on November 9, 2022.

/s/ Brett Cooper
Brett Cooper
