# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

Before the Court is Plaintiff Lionra Technologies Ltd.'s ("Lionra") Unopposed Motion for Extension of Time.  The Court, having considered same, is of the opinion that the motion should be GRANTED.  It is therefore ORDERED that Lionra shall have up to and including November 25, 2022 to file its response to Defendant Hewlett Packard Enterprise Company's and Defendant Aruba Networks LLC's Motion to Dismiss (Dkt. No. 27).