IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § § | Case No. 2:22-cv-00322-JRG-RSP |
| v. | § § | (LEAD CASE) |
| FORTINET, INC., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time filed by Plaintiff Lionra Technologies Limited. **Dkt. No. 47**. Lionra moves for a two-week extension.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that Lionra has until November 25, 2022 to file its response to the motion to dismiss (Dkt. No. 27) filed by Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC.

**SIGNED this 10th day of November, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE