UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> FORTINET, INC., | Case No. 2:22-cv-00322-JRG-RSP <br><br> (Lead Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> CISCO SYSTEMS, INC., | Case No. 2:22-cv-00305-JRG-RSP <br><br> (Member Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al, | Case No. 2:22-cv-00319-JRG-RSP <br><br> (Member Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> PALO ALTO NETWORKS, INC., | Case No. 2:22-cv-00334-JRG-RSP <br><br> (Member Case) |

**DECLARATION OF DREW B. HOLLANDER IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT CISCO SYSTEMS, INC.'S RULE 12(b)(6) MOTION TO DISMISS FOR INELIGIBILITY OF U.S. PATENT NO. 7,916,630 UNDER 35 U.S.C. § 101**

I, Drew B. Hollander, hereby declare under the penalty of perjury as follows:

1. I am an attorney and partner at BC Law Group, P.C., counsel of record for Lionra Technologies Ltd. ("Lionra"). I am one of the attorneys responsible for representing Lionra in this matter. I have personal knowledge of all facts stated in this declaration and if called as a witness, could and would competently testify to these facts. I respectfully submit this declaration in support of Lionra's Response to Defendant Cisco Systems, Inc.'s Rule 12(b)(6) Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101.

2. Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Application No. 11/662,978 Amendment, including Applicant Remarks, dated April 26, 2010.

3. Attached hereto as **Exhibit 2** is a true and correct copy of U.S. Application No. 11/662,978 Amendment After Final Rejection, including Applicant Remarks, dated October 27, 2010.

4. Attached hereto as **Exhibit 3** is a true and correct copy of U.S. Application No. 11/662,978 Notice of Allowance, dated November 23, 2010.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of November, 2022 in Ardsley, NY.

/s/ Drew B. Hollander
Drew B. Hollander