**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., | Case No.  2:22-cv-00322-JRG-RSP |
| v. | (Lead Case) |
| FORTINET, INC., | |
| LIONRA TECHNOLOGIES LTD., | Case No.  2:22-cv-00305-JRG-RSP |
| v. | (Member Case) |
| CISCO SYSTEMS, INC., | |
| LIONRA TECHNOLOGIES LTD., | Case No.  2:22-cv-00319-JRG-RSP |
| v. | (Member Case) |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al, | |
| LIONRA TECHNOLOGIES LTD., | Case No.  2:22-cv-00334-JRG-RSP |
| v. | (Member Case) |
| PALO ALTO NETWORKS, INC., | |

**[PROPOSED] ORDER**

Before the Court is Defendant's Motion to Dismiss filed by Cisco Systems, Inc. (Dkt. No. 21). Having considered the Motion to Dismiss, the Court holds that the claims of the '630 Patent are eligible under 35 U.S.C. § 101, and the Motion to Dismiss should be and is hereby DENIED.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE