# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP <br> (Lead Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Cisco Systems, Inc. ("Cisco") files this unopposed motion for extension of time to file its reply to its Motion to Dismiss U.S. Patent No. 7,916,630 Under 35 U.S.C. § 101. Cisco's reply is currently due on November 21, 2022. Cisco requests an extension to file its reply up to and including December 1, 2022. Lionra Technologies Limited does not oppose the requested relief.

Dated: November 15, 2022          By   /s/ Brian Rosenthal

        Brian A. Rosenthal (lead attorney)
        brosenthal@gibsondunn.com
        Katherine Dominguez
        kdominguez@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        200 Park Avenue
        New York, NY  10166-0193
        Telephone:  212.351.4000
        Facsimile:  212.351.4035

        Stuart M. Rosenberg
        srosenberg@gibsondunn.com
        **GIBSON, DUNN & CRUTCHER LLP**
        1881 Page Mill Road
        Palo Alto, CA  94304-1211
        Telephone:  650.849.5300
        Facsimile:  650.849.5333

        Albert Suarez IV
        asuarez@gibsondunn.com
        Texas State Bar No. 24113094
        **GIBSON, DUNN & CRUTCHER LLP**
        2001 Ross Avenue, Suite 2100
        Dallas, TX  75201-6912
        Telephone:  214.698.3360
        Facsimile:  214.571.2907


        Melissa R. Smith
        melissa@gillamsmithlaw.com
        Texas State Bar No. 24001351
        **GILLAM & SMITH, LLP**
        303 South Washington Avenue
        Marshall, Texas 75670
        Telephone: 903.934.8450
        Facsimile: 903.934.9257


        *Attorneys for Defendant Cisco Systems, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is an unopposed motion.

<em>/s/ Brian Rosenthal</em>

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2022, the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service.

<em>/s/ Brian Rosenthal</em>