# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § § | Case No. 2:22-cv-00322-JRG-RSP |
| v. | § § | (LEAD CASE) |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time filed by Defendant Cisco Systems, Inc. **Dkt. No. 51**. Cisco requests a 10-day extension to file its reply to the Motion to Dismiss for Ineligibility of U.S. Patent No. 7,916,630 (filed in Member Case 2:22-cv-00305 at Dkt. No. 21).

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Cisco to reply to the Motion to Dismiss is extended to December 1, 2022.

**SIGNED this 17th day of November, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE