# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP <br> (Lead Case) <br> **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

## NOTICE OF MOOTNESS

Plaintiff Lionra Technologies Ltd. ("Lionra") files this notice of mootness. On August 19, 2022, Lionra filed a complaint against Defendants Hewlett Packard Enterprise Company ("HP") and Aruba Networks LLC ("Aruba") (collectively, "Defendants") alleging that Defendants infringe certain of Lionra's patents. On October 28, 2022, Defendants responded to the complaint by filing a motion to dismiss Lionra's claim of patent infringement of U.S. Patent No. 7,921,323 ("the '323 Patent"). Dkt. No. 27. On November 18, 2022, Lionra filed an Amended Complaint that provided additional allegations supporting its claim for infringement of the '323 Patent by

way of its infringement contentions.  Dkt. No. 53.  Accordingly, Defendants' motion to dismiss (Dkt. No. 27) is moot in light of Lionra's Amended Complaint because it does not address the operative pleading.  *See, e.g.*, *Ultravision Techs., LLC v. Eaton Corp. PLC*, No. 2:19-CV-00290-JRG, 2019 WL 11250161, at *1 (E.D. Tex. Nov. 8, 2019) ("the filing of an amended complaint moots a motion to dismiss the original complaint.").

Dated:  November 18, 2022

Respectfully submitted,

By: */s/ Brett E. Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

Justin Kurt Truelove (TX SBN 24013653)
kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston
Marshall, TX 75670
Tel.: (903) 938-8321
Fax: (903) 215-8510

*Attorneys for Plaintiff Lionra Technologies Limited*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on November 18, 2022.

*/s/ Brett E. Cooper*
Brett E. Cooper
