# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>vs.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br><br>**LEAD CASE**<br><br>CASE NO. 2:22-cv-00305-JRG-RSP<br><br>(Member Case) |
| CISCO SYSTEMS, INC. | |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al. | CASE NO. 2:22-cv-00319-JRG-RSP<br><br>(Member Case) |
| PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br><br>(Member Case) |

### JOINT MOTION FOR ENTRY OF AGREED DOCKET CONTROL ORDER

Plaintiff Lionra Technologies Limited and Defendants Fortinet, Inc., Palo Alto Networks, Inc., Aruba Networks, LLC f/k/a Aruba Networks, Inc., Hewlett Packard Enterprise Company, and Cisco Systems, Inc. (collectively, the "Parties") respectfully submit the attached proposed Docket Control Order for the Court's consideration and approval.

The Parties respectfully submit that good cause exists to modify the dates supplied by the Court for filing the Proposed Discovery Order, which otherwise would fall on December 1, 2022, and the Proposed Protective Order and Complying with Paragraphs 1 & 3 of the Discovery Order, which otherwise would fall on December 8. The Parties request to move these dates to December 12 and December 20, respectively. There is good cause for these changes in light of the intervening Thanksgiving holiday, the number of Defendants to coordinate,

Defendants working to provide Plaintiff with a single draft of edits for the Proposed Discovery Order and Proposed Protective Order, and diligent negotiations between the Parties to reduce the number of disputes to conserve Court resources.

Dated: December 1, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: */s/ Brett Cooper*
　　　　　　　　　　　　　　　　　　　　Brett E. Cooper (NY SBN 4011011)
　　　　　　　　　　　　　　　　　　　　bcooper@bc-lawgroup.com
　　　　　　　　　　　　　　　　　　　　Seth R. Hasenour (TX SBN 24059910)
　　　　　　　　　　　　　　　　　　　　shasenour@bc-lawgroup.com
　　　　　　　　　　　　　　　　　　　　Jonathan Yim (NY SBN 5324967)
　　　　　　　　　　　　　　　　　　　　jyim@bc-lawgroup.com
　　　　　　　　　　　　　　　　　　　　Drew B. Hollander (NY SBN 5378096)
　　　　　　　　　　　　　　　　　　　　dhollander@bc-lawgroup.com
　　　　　　　　　　　　　　　　　　　　**BC LAW GROUP, P.C.**
　　　　　　　　　　　　　　　　　　　　200 Madison Avenue, 24th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 951-0100
　　　　　　　　　　　　　　　　　　　　Fax: (646) 293-2201

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Lionra Technologies Limited*

　　　　　　　　　　　　　　　　　　　　By: */s/ Alice Snedeker*
　　　　　　　　　　　　　　　　　　　　Matthew C. Gaudet
　　　　　　　　　　　　　　　　　　　　mcgaudet@duanemorris.com
　　　　　　　　　　　　　　　　　　　　David C. Dotson
　　　　　　　　　　　　　　　　　　　　dcdotson@duanemorris.com
　　　　　　　　　　　　　　　　　　　　Alice E. Snedeker
　　　　　　　　　　　　　　　　　　　　aesnedeker@duanemorris.com
　　　　　　　　　　　　　　　　　　　　Daniel Mitchell
　　　　　　　　　　　　　　　　　　　　dmitchell@duanemorris.com
　　　　　　　　　　　　　　　　　　　　**DUANE MORRIS LLP**
　　　　　　　　　　　　　　　　　　　　1075 Peachtree NE, Suite 1700
　　　　　　　　　　　　　　　　　　　　Atlanta, GA 30309
　　　　　　　　　　　　　　　　　　　　Telephone: 404.253.6900
　　　　　　　　　　　　　　　　　　　　Facsimile: 404.253.6901

　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　State Bar No. 24001351

Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*Counsel for Defendant* FORTINET, INC.


By: */s/ Brian Rosenthal*
Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
Katherine Dominguez
kdominguez@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Stuart M. Rosenberg
srosenberg@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-6912
Telephone:  214.698.3360
Facsimile:  214.571.2907


Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX  75670
Telephone:  903.934.8450

- 3 -

Facsimile:  903.934.9257

*Attorneys for Defendant Cisco Systems, Inc.*


By: */s/ Mark N. Reiter*
Veronica Smith Moyé (24000092)
VMoye@gibsondunn.com
Mark N. Reiter (16759900)
mreiter@gibsondunn.com
Ashbey N. Morgan (24106339)
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
**HALTOM & DOAN**
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, Tx 75503
Telephone: (903) 255-1000

*Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC.*


By: */s/ Mark C. Lang*
Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (admitted *pro hac vice*)
**ERISE IP, P.A.**
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

- 4 -

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendant Palo Alto Networks, Inc*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

        */s/ Brett Cooper*
        Brett Cooper

## CERTIFICATE OF CONFERENCE

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on November 28 – 29, 2022, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

        */s/ Brett Cooper*
        Brett Cooper