

# Exhibit D





# Aruba Campus switches: Latest enhancements

#ArubaAirheads

# ARUBA CX SWITCHING
# NEW INNOVATIONS
## MODERN PORTFOLIO DESIGNED FOR THE NETWORK OPERATOR

**AOS-CX**





5th major release extends cloud-native software to campus access

**CX 6300 and CX 6400 Series Switches**



Next-gen chassis & stackable switches with differentiation at every layer

**NetEdit 2.0 with NAE Integration**





Advanced analytics and intelligent configuration workflows for operational simplicity



#ArubaAirheads   2

# UNDER THE HOOD:
## ARUBA GEN7 ASIC ARCHITECTURE
### MORE INNOVATION, PERFORMANCE, AND EFFICIENCY



**Faster Innovation**

Tight integration between hardware and software gets new capabilities to market faster



**Non-Blocking Performance**

High-performance VoQ capability prevents head-of-line blocking, optimizing use of all ports



**Flexible Programmability**

Dynamic programming of network resources for use case optimization

**30+**
Years of IP

**7th**
Generation Architecture

**3**
New ASICs



#ArubaAirheads   3

HPE Aruba Confidential

# Aruba Gen7 ASIC Architecture
## More innovation, performance, and efficiency

**880Gbps**

– 24p SFP+ 4SFP56

– 600Gbps Fabric connectivity



**2.8Tbps**

– 10G/25G SFP28, 12p 40G/100G

– 2.8Tbps Fabric connectivity



✓ Virtual Output Queue

✓ Investment Protection

✓ Deployable at Enterprise and Data Center

✓ Programmable, TCAM reallocation without a reset

✓ Flexible forwarding table

✓ High performance

# 3.3B
**Transistors**

# 10.5B
**Transistors**



**One Operating System. One ASIC Architecture. One Operating Model**

HPE Aruba Confidential

#ArubaAirheads    4

# VOQ: Virtual Output Queueing
## Why it is important

– Device level

  – HOL congestion is avoided

  – Congestion avoidance and management and prioritization are applied as early as possible (instead of the egress port)

  – Allows for deeper queues

  – Fabrics utilization is optimized


– Network level

  – Optimized forwarding

  – Full switch capacity utilization

  – Deeper buffers to handle large traffic bursts

  – Better QoS



# ArubaOS-CX Access at Launch: Compelling Differentiators + Parity

| Category | Features |
|----------|----------|
| Layer 1 | Auto-negotiation, POE/POE+, IEEE 802.3bt/60W, Always-on POE, IEEE 802.3bz - SmartRate/Multi-Gig, 1/2.5/5/10/25/50G Transceivers, Bluetooth Dongle Support with BLE |
| Layer 2/ Bridging | STP, Root Guard, Loop Guard, MSTP, RSTP, RPVST+, BPDU Filtering, Loop Protect, LAG /LACP, MVRP, LLDP, LLDP– MED, support over OOBM, CDP, LLDP Bypass, Unidirectional Link detection (UDLD), Voice VLAN |
| Layer 3/Routing | Static routing, OSPFv2/v3, VRRPv3, Policy Based Routing (PBR), Bidirectional Forwarding Detection (BFD) for supported unicast routing protocols, MP-BGP, BGP EVPN |
| High Availability | VSF Stacking (Stackable), In-Chassis HA , VSX –Virtual Switching Extension (Chassis), VSX Live Upgrades, OS Resiliency, Time-Series Database |
| Multicast | IGMPv3, MLDv2, PIM-SM, PIM-DM,  Multicast Source Discovery Protocol (MSDP), Anycast RP with MSDP |
| Security | IEEE 802.1x, MACAuth, RADIUS/TACACS+, Port Security, RBAC, IPv4/IPv6 ACL, DHCP/ND Snooping, RA Guard, Dynamic ARP Protection, Local and Downloadable User Roles, Critical and Open Auth. role, ClearPass Support, Captive Portal, Secure Boot, Multicast Storm Control |
| QoS | 802.1p, Strict Priority Queuing, Marking & Re-marking, DWRR, Broadcast/Multicast/Unicast Rate Limiting, Classifier-based QoS, Traffic Templates, CoPP, Port & Remote Mirroring |
| Management & Usability/ Operator Experience | DHCP v4/v6 Server, DHCP v4/v6 Relay, DNS v4/v6 client, Syslog v4/v6 client,  Fastboot, NTP Server, RMON/SFTP/SSH, SNMP, Device Profile, Local/Remote Mirroring, IP SLA, Web GUI, sFlow, Native REST API programmability, NetEdit - Config automation/verification/validation, Network verification/validation, Easy Provisioning (ZTP/OTP), Airwave and Central Support, Network Analytics Engine, NAE- NetEdit Integration |
| Segmentation | L2 VXLAN, L3 VXLAN, VRF-Lite, L3 GRE, Dynamic Segmentation (User Based Tunnels) |



Orange - Differentiation w.r.t to AOS-S and/or competition

HPE Aruba Confidential

# Network Analytics Engine
## Extending the monotoring power of NAE

– **New Scripts**

- Application Health

- Dynamic Segmentation Health

- Client Services Health

- L3 Network Health

- L1/L2 Network Health (physical network)

- L1/L2 Network Health (Protocols)

- Device Health (hardware)

- Device Health (software)



HPE Aruba Confidential



# ARUBA CX SWITCHING FOR THE ENTERPRISE
## NEW PLATFORMS COMPLETE END-TO-END SWITCHING PORTFOLIO

| Campus | | | Data Center | |
| --- | --- | --- | --- | --- |
| Access | Aggregation | Core | Spine | Leaf |

**AOS-CX**

**CX 8400** — Deep buffers, Large tables, Carrier-class HA

**NEW** **CX 6400** — Modular, High-density access, Core and Agg

**NEW** **CX 6300** — Stackable, Access and Agg, Diverse closet scale

**CX 83xx** — Top of Rack, Small Core, Campus Agg

**One Operating System. One ASIC Architecture. One Operating Model.**



# New Switching Platforms
## Performance, Scale and High Availability

### Aruba 6300 Series

**7** modular switches
**4** fixed switches
**3** ASICs
**1** operating model



**50G**
Uplinks

**Up to 10**
Unit stacking

**2880W**
PoE

**Future ready:** 50G Uplinks, 880G capacity, 200G stacking

**Flexible scalable:** VSF Stacking for ease of management & collapsed architecture

**Built for WiFi 6:** Smartrate on all ports, 60W always-on PoE, Dual Power supplies for HA

**Real-time Insights:** Embedded Analytics in every node from NAE For rapid troubleshooting



HPE Aruba Confidential

#ArubaAirheads   11

# Highlights

➢ Aruba 6300M Models: modular PSUs and fans – fixed ports
➢ Aruba 6300F Models: fixed PSU, fans and ports
➢ Gen 7 family of ASIC
➢ VOQ: Virtual Output Queueing
➢ PoE: Class 3, 4 and 6 – Always-on and Quick PoE


➢ AOS-CX Operating System
    - Multi-VRF
    - Full REST API
    - Network Analytics Engine (NAE)
    - NetEdit 2.0
    - VSF Stacking

➢ Suitable for campus access and small campus/branch core

**One Operating System. One ASIC Architecture. One Operating Model**



# Modular & Fixed Models



**Fan Tray**          **Fan Tray**     **Power Supply**     **Power Supply**



**Fans**                                **Power Inlet**



HPE Aruba Confidential

# Introducing the Aruba 6300 Switch Series



- AOS-CX running on 7th gen. HPE ASIC

- Full density Smart Rate & 60W 802.3bt PoE

- Dual Modular PSU & Fans: "M" Switches

- Fixed 4 x 1/10/25/50G Uplinks

- 24p SFP+ Aggregator model

- Full Layer 3 with VRF

- Network Analytics Engine built-in

- NetEdit configuration automation & verification

### Modular Sku's

- 48 port Smart Rate .bt + 4xSFP56
- 24 port Smart Rate .bt + 4xSFP56
- 48 port 1G PoE .at + 4xSFP56
- 48 port 1G + 4xSFP56
- 24 port 1G PoE .at + 4xSFP56
- 24 port 1G + 4xSFP56
- 24 port (SFP+) + 4xSFP56

### Fixed Sku's

- 48 port 1G PoE .at + 4xSFP56
- 48 port 1G + 4xSFP56
- 24 port 1G PoE .at + 4xSFP56
- 24 port 1G + 4xSFP56

### Full Featured Enterprise Campus Access & Aggregation
**Aruba OS CX | Full Layer 3 | NAE | NetEdit | Dynamic Segmentation | Full API coverage**



# New Switching Platforms

## Performance, Scale and High Availability

### Aruba 6400 Series

**5** access line cards
**3** core/agg line cards
**2** chassis options
**1** operating model




**15x more**
bandwith

**100% higher**
Multi-gig density

**30% higher**
PoE density

**Future ready:** Up to 2.8Tbit per slot & 20Bpps, 1G to 100G interfaces

**Remarkable scale & flexibility:** From 1G PoE to 28T Core

**Built for WiFi 6:** SmartRate and 60W PoE-enabled

**High availability:** Live upgrades with VSX, redundant hot swappable Power supplies and fans

**Data center class:** Non-Blocking, Distributed architecture without oversubscription

#ArubaAirheads  15

HPE Aruba Confidential

# Introducing the Aruba 6400 Switch Series



- AOS-CX running on 7th gen. HPE ASIC

- 5 & 10 slot chassis (7 RUs / 12 Rus)

- Full density Smart Rate & 60W 802.3bt PoE

- Half-width Management Modules

- Every flavor of PoE, 10/25G agg, 100G Uplinks

- Combo line cards with uplinks: 4x 1/10/25/50G

- Full Layer 3 with VRF

- Network Analytics Engine built-in

- NetEdit configuration automation & verification

## Access Line Cards

- 48 port 1G PoE .at
- 48 port 1G PoE .at + 4xSFP56
- 48 port 1G PoE .bt + 4xSFP56
- 48 port 1G + 4xSFP56
- 48 port Smart Rate PoE .bt + 4xSFP56
- 24 port 10G + 4xSFP56

## Core/Agg Line Cards

- 48 port 10/25
- 12 port 40/100G
- 24 port (SFP+) + 4xSFP56

## Full Featured Enterprise Campus Access & Aggregation
**Aruba OS CX | Full Layer 3 | NAE | NetEdit | Dynamic Segmentation | Full API coverage**



# 6405 & 6410 Chassis

- **Aruba 6405 Switch (R0X26A) – 7 RU**
- **Aruba 6410 Switch (R0X27A) – 12 RU**

|  | **6405 Chasssis** | **6410 Chassis** |
| --- | --- | --- |
| Management Slots | 2 | 2 |
| Power Supply bays | 4 | 4 |
| Fan tray bays | 2 | 4 |
| Line card slots | 5 | 10 |
| Gen 7 Fabric ASICs | 1 | 2 |

- **Aruba 6405  48G CLS4 PoE /4SFP56 Switch bundle (R0X28A)**
- **Aruba 6405  96G CLS4 PoE /4SFP56 Switch bundle (R0X29A)**
- **Aruba 6405  48SFP+ /8SFP56 Switch bundle (R0X30A)**



HPE Aruba Confidential

# 6405 Switch Chassis





HPE Aruba Confidential

#ArubaAirheads  20

# SFP28 / SFP56 / QSFP28

- **SFP28 & SFP56**
    - Same form-factor as SFP+
    - Specific transceivers (different signaling)
    - SFP28 enables speeds of 25Gbps over fiber and special copper DACs
    - SFP56 enables speeds of 50Gbps* over fiber and special copper DACs

- **QSFP28**
    - Same form-factor as QSFP+
    - Four SFP28 lanes
    - QSFP28 enables speeds of 100Gbps over fiber and special copper DACs



* 50G not supported in 10.4 on the 6400

HPE Aruba Confidential

# Power Management Overview

- **Always-On PoE**
    - Supported in 10.4
    - Continues providing power to PD during reboot (for example: software upgrade)
    - May not work during:
        - Software upgrades in which FPGA must be rebooted (some major releases)
        - Uncontrolled events

- **Quick PoE (future)**
    - Starts providing power to PD in parallel to boot process (as soon as the switch is powered)
    - Availability: 10.5



HPE Aruba Confidential

#ArubaAirheads  22

# Aruba 64xx/63xx Cababilities (10.4)
## Access / Collapsed Core & Aggregation

| Category | 6300 | 6400 |
|---|---|---|
| HW Tables (Arp/ND, v4/v6 routes) | ARP/ND Table Shared IPv4/IPv6 Route Table Shared | ARP/ND Table Shared IPv4/IPv6 Route Table Shared |
| IPv4 Routes (System) | 64,000 | 64,000 |
| IPv6 Routes (System) | 32,000 | 64,000 |
| VRF's | 64 | 64 |
| OSPF Areas (v2/v3) | 128 | 128 |
| OSPF Interfaces | 128 | 128 |
| OSPF Neighbors | 128 | 128 |
| BFD Session | 128 | 128 |
| BGP Neighbors | 64 | 64 |
| ARP | 32,000 (1) | 32,000 (1) |
| MAC | 32,000 (1) | 32,000 (1) |
| ND | 32,000 (1) | 32,000 (1) |



1. This is the maximum under ideal conditions – testing still in progress

HPE Aruba Confidential

# AOS-CX Switch Virtualization Solutions
## VSF for Access / VSX for Agg-Core

**VSF - 6300**

- Single control plane with database on master maintaining configuration for all members

- Single data plane

- Operational simplicity – one configuration for the stack

- Ideal for campus access use cases

- Up to 10 members per stack



**VSX**
**8320/8325/6400/8400**

- Dual control plane

- Dual management plane with "opt-in" configuration synchronization

- Live Upgrade

- Ideal for high density access, aggregation, core

- 2 members



# VSX Live Upgrade
## Update-software Enhancements in 10.3 (reminder)

▪ **Graceful shutdown of protocols during VSX upgrade**

– OSPF, BGP, VRRP protocols on the Secondary and Primary will gracefully shut down and notify their partners to use the peer device for forwarding and then go for a reboot.

– This method will help reducing downtime by avoiding in-flight traffic loss when the device is rebooting and links drop.

– This enhancement mechanism starts between image download and reboot.

– Partial support starting in 10.03.0001

 – ***Benefit***: drain traffic out of the uplink of the "to-be-rebooted" switch and achieve no packet drop on upstream ROP.

▪ **Links UP optimization (specific to update-software)**

– After switch is rebooted, ports which are members of VSX LAGs, are turned ON through an optimized mechanism to maximize uptime during the upgrade.



# VSX Live Upgrade
## Update-software Enhancements in 10.4: LACP traffic draining

- LACP traffic draining feature is specifically implemented to support VSX update-software.

- The objective is to minimize downtime close to zero by avoiding in-flight traffic loss when the device is rebooting and links drop.

- As for protocol graceful-shutdown, this mechanism starts between image download and reboot.

- No configuration is required as automatically part of the VSX Live Upgrade orchestration.



#ArubaAirheads  27

# Small / Medium Campus 2-tier



NetEdit 2.0

| | **Small** | **Small / Medium** |
|---|---|---|
| Collapsed Core / Agg | 6300M 24-SFP+ or 10GBT + 4 SFP56 in VSF | 6405 Switch Chassis (single or two in VSX)<br>6400 24-port 10GBT or SFP+ /4SFP56 Modules |
| Access | 6300F models in VSF | 6300F or 6300M models in VSF (or 6405 with access modules) |
| Management | NetEdit 2.0 | NetEdit 2.0 |
| Mobility | Aruba IAP or Controller-based Mobility | Aruba IAP or Controller-based Mobility |



HPE Aruba Confidential

# Medium / Large Campus 3-tier



**NetEdit 2.0**



| Position | Product |
|----------|---------|
| Core | 6410 with Core Line cards or 8400 |
| Aggregation | 6405 with 10G SFP+ Line cards 6410 with Core Line cards |
| Access | 6300F or 6300M models in VSF |
| Management | NetEdit 2.0 |
| Mobility | Aruba Controller-based Mobility Cluster connected to dedicated aggregation |



# L3 Spine / Leaf POD in the Data Center



| Position | Product |
|----------|---------|
| L3 Spines | 6410 with Core Line cards or 8400 |
| Leaf | 6405 with 10G SFP+ Line cards<br>6410 with Core Line cards<br>8325<br>VSX |
| Border Leaf | 6405 with 10G SFP+ Line cards<br>6410 with Core Line cards<br>8325<br>VSX |
| Management | NetEdit 2.0 |



HPE Aruba Confidential

# Different hardware scenarios

| | Access | Aggregation | Core | Datacenter |
|---|---|---|---|---|



**Aruba 6300 Series**

**48p 1Gbase-T Class 4 PoE**
Up to 480 ports
**48p 1Gbase-T Class 6 PoE**
Up to 480 ports
**48p Smart Rate Class 6 PoE**
Up to 480 ports

**24p SFP+ Model**
Up to 240 ports

**24p SFP+ Model**
Up to 240 ports

**24p SFP+ Model**
Up to 240 ports — ToR



**Aruba 6400 Series**

**48p 1Gbase-T Class 4 PoE**
Up to 240 ports
**48p 1Gbase-T Class 6 PoE**
Up to 240 ports
**48p Smart Rate Class 6 PoE**
Up to 240 ports

**24p SFP+ Module**
Up to 120 ports
**24p 10Gbase-T Module**
Up to 120 ports
**48p 1/10/25 SFP28 Module**
Up to 240 ports

**24p SFP+ Module**
Up to 120 ports
**24p 10Gbase-T Module**
Up to 120 ports
**48p 1/10/25 SFP28 Module**
Up to 240 ports
**12p 40/100G QSFP28 Module**
Up to 60 ports

**24p SFP+ Module**
Up to 120 ports
**24p 10Gbase-T Module**
Up to 120 ports — ToR
**48p 1/10/25 SFP28 Module**
Up to 240 ports
**12p 40/100G QSFP28 Module**
Up to 60 ports — MoR / EoR



**Aruba 6400 Series**

**48p 1Gbase-T Class 4 PoE**
Up to 480 ports
**48p 1Gbase-T Class 6 PoE**
Up to 480 ports
**48p Smart Rate Class 6 PoE**
Up to 480 ports

**24p SFP+ Module**
Up to 240 ports
**24p 10Gbase-T Module**
Up to 240 ports
**48p 1/10/25 SFP28 Module**
Up to 480 ports

**24p SFP+ Module**
Up to 240 ports
**24p 10Gbase-T Module**
Up to 240 ports
**48p 1/10/25 SFP28 Module**
Up to 480 ports
**12p 40/100G QSFP28 Module**
Up to 120 ports

**24p SFP+ Module**
Up to 240 ports
**24p 10Gbase-T Module**
Up to 240 ports — ToR
**48p 1/10/25 SFP28 Module**
Up to 480 ports
**12p 40/100G QSFP28 Module**
Up to 120 ports — MoR / EoR

**airheads** TECH TALK LIVE

HPE Aruba Confidential



# ARUBA CX ECOSYSTEM

## Services & Support

 HPE Greenlake for Aruba

 HPE Pointnext Global Services

 Aruba High-Touch Services

 Aruba Customer-First Customer-Last Support

## Community Engagement



## Automation Ecosystem





---

## Aruba NetEdit





## Aruba CX Switching Portfolio



CX 6300

CX 6400

CX 8400

CX 8325

CX 8320

HPE Aruba Confidential

# ARUBA CX SWITCHING
### NEXT-GEN, CLOUD-NATIVE SWITCHING DESIGNED FOR THE NETWORK OPERATOR

### AOS-CX



**Cloud Native**

Modern, microservices architecture for full network programmability and workflow automation

### Aruba CX Switches



**Edge Access to Data Center**

Flexibility to deploy same hardware and software for a consistent operational experience from edge access to data center

### NetEdit and Network Analytics Engine



**Distributed Analytics**

Analytics in every node for network-wide, real-time insights to proactively detect, and resolve issues



Aruba CX 6400: Starting at 128 950kr List
Aruba CX 6300: Starting at 56 350kr List
AOS-CX 10.4 & NetEdit 2.0

All Available November 1st

HPE Aruba Confidential

33

