# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP <br> (Lead Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al. | CASE NO. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

**DECLARATION OF RYAN K. IWAHASHI IN SUPPORT OF DEFENDANTS' RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OF U.S. PATENT NO. 7,921,323**

I, Ryan K. Iwahashi declare under penalty of perjury that the following is true and correct:

1. I am an attorney at Gibson, Dunn & Crutcher, counsel for Defendants' Hewlett Packard Enterprise Co. and Aruba Networks, LLC (together, "Defendants"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, could testify competently to such facts under oath. I am licensed to practice in the state of California.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 7,921,323.

3.       Attached as Exhibit B is a true and correct copy of portions of the File History for U.S. Patent No. 7,921,323

4.       Attached as Exhibit C is a true and correct copy of Aruba CX 8400 Switch Series, available at https://www.arubanetworks.com/assets/ds/DS_8400Series.pdf (last accessed December 2, 2022).

5.       Attached as Exhibit D is a true and correct copy of Aruba Campus Switches, available at https://community.arubanetworks.com/HigherLogic/System/DownloadDocumentFile.ashx?DocumentFileKey=3c68a1fb-ec95-46bf-88bf-caa7a4728dc9  (last accessed December 2, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2022 in Palo Alto, California.

/s/ *Ryan K. Iwahashi* _____
Ryan K. Iwahashi