**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al. | CASE NO. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**UNOPPOSED MOTION FOR LEAVE TO SEAL DEFENDANTS'
MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404**

Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") respectfully submit this Unopposed Motion for Leave to Seal Defendants' Motion to Transfer Pursuant to 28 U.S.C. Section 1404.

Defendants' motion to transfer and attachments contain information that is marked "Highly Confidential" and "Outside Attorneys' Eyes Only." Counsel for Defendants conferred with Plaintiff about this motion to seal, and has confirmed that Plaintiff does not oppose the relief sought

**UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL – Page 1**

by this motion.  Defendants will file a redacted version of their motion to transfer and attachments within seven days pursuant to Local Rule 5(a)(7)(E).

As such, Defendants respectfully request this Court enter an order sealing Defendants' Motion to Transfer Pursuant to 28 U.S.C. Section 1404.

By: */s/ Jennifer H. Doan*
Veronica Smith Moyé
Texas State Bar No. 24000092
vmoye@gibsondunn.com
Mark N. Reiter
Texas State Bar No. 16759900
mreiter@gibsondunn.com
Ashbey N. Morgan
anmorgan@gibsondunn.com
Texas State Bar No. 24106339
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave Suite 2100
Dallas, TX  75201-6912
Telephone:  214.698.3360
Facsimile:  214.571.2907

**HALTOM & DOAN**
Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, TX  75503
Telephone:  903.255.1000

**ATTORNEYS FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendants have complied with the meet and confer requirement in Local Rule CV-7(h).  On December 2, 2022, Mark Reiter, counsel for Defendants, spoke with Plaintiff's counsel Brett Cooper concerning the relief requested herein.  At that time, Plaintiff's counsel indicated that Plaintiff is unopposed.

*/s/ Mark N. Reiter*
Mark N. Reiter