# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP <br> (Lead Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al. | CASE NO. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

## ORDER

Before the Court is Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC's ("Defendants") Unopposed Motion for Leave to Seal Defendants' Motion to Transfer Pursuant to 28 U.S.C. Section 1404 ("Motion"). Being well-advised that the Motion is unopposed, and having fully considered the Motion, the Court is of the opinion that the Motion should be **GRANTED**. It is therefore

**ORDERED** that the Defendants' Motion to Transfer Pursuant to 28 U.S.C. Section 1404 and any accompanying attachments shall be sealed.

**ORDER** – Solo Page