# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP <br> (Lead Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al | CASE NO. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC, and consents to electronic service of all papers in this action.

Ryan K. Iwahashi
California Bar No. 284766
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road, Palo Alto, CA 94304
Telephone: (650) 849-5367
Facsimile: (650) 849-5067
RIwahashi@gibsondunn.com

DATED: December 7, 2022　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Ryan K. Iwahashi*

　　　　　　　　　　　　　　　　　　　　Ryan K. Iwahashi
　　　　　　　　　　　　　　　　　　　　California Bar No. 284766
　　　　　　　　　　　　　　　　　　　　**GIBSON, DUNN & CRUTCHER LLP**
　　　　　　　　　　　　　　　　　　　　1881 Page Mill Road, Palo Alto, CA 94304
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 849-5367
　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 849-5067
　　　　　　　　　　　　　　　　　　　　RIwahashi@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 7, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Ryan K. Iwahashi*