IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>vs.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br><br>**LEAD CASE** |
| CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br><br>(Member Case) |
| HEWLETT PACKARD ENTERPRISE COMPANY, et al. | CASE NO. 2:22-cv-00319-JRG-RSP<br><br>(Member Case) |
| PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br><br>(Member Case) |

**JOINT MOTION FOR ENTRY OF AGREED DISCOVERY ORDER**

Plaintiff Lionra Technologies Limited and Defendants Fortinet, Inc., Palo Alto Networks, Inc., Aruba Networks, LLC f/k/a Aruba Networks, Inc., Hewlett Packard Enterprise Company, and Cisco Systems, Inc. (collectively, the "Parties") respectfully submit the attached proposed Discovery Order for the Court's consideration and approval.

Dated: December 9, 2022						Respectfully submitted,

> By: */s/ Brett E. Cooper*
> Brett E. Cooper (NY SBN 4011011)
> bcooper@bc-lawgroup.com
> Seth R. Hasenour (TX SBN 24059910)
> shasenour@bc-lawgroup.com
> Jonathan Yim (NY SBN 5324967)
> jyim@bc-lawgroup.com
> Drew B. Hollander (NY SBN 5378096)
> dhollander@bc-lawgroup.com
> **BC LAW GROUP, P.C.**
> 200 Madison Avenue, 24th Floor
> New York, NY 10016
> Tel.: (212) 951-0100
> Fax: (646) 293-2201
>
> *Attorneys for Plaintiff Lionra Technologies Limited*
>
> By: */s/ Alice Snedeker*
> Melissa R. Smith
> State Bar No. 24001351
> Email: melissa@gillamsmithlaw.com
> **GILLAM & SMITH, LLP**
> 303 South Washington Avenue
> Marshall, TX 75670
> Telephone: (903) 934-8450
> Facsimile: (903) 934-9257
>
> Matthew C. Gaudet
> mcgaudet@duanemorris.com
> David C. Dotson
> dcdotson@duanemorris.com
> Alice E. Snedeker
> aesnedeker@duanemorris.com
> Daniel Mitchell
> dmitchell@duanemorris.com
> **DUANE MORRIS LLP**
> 1075 Peachtree NE, Suite 1700
> Atlanta, GA 30309
> Telephone: 404.253.6900
> Facsimile: 404.253.6901

*Counsel for Defendant* FORTINET, INC.

By   */s/ Brian Rosenthal*
Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
Katherine Dominguez
kdominguez@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY  10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Stuart M. Rosenberg
srosenberg@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:  650.849.5300
Facsimile:  650.849.5333

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX  75201-6912
Telephone:  214.698.3360
Facsimile:  214.571.2907

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX  75670
Telephone:  903.934.8450
Facsimile:  903.934.9257

*Attorneys for Defendant Cisco Systems, Inc.*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Mark N. Reiter*
Veronica Smith Moyé (24000092)
VMoye@gibsondunn.com
Mark N. Reiter (16759900)
mreiter@gibsondunn.com
Ashbey N. Morgan (24106339)
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

**HALTOM & DOAN**

Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, Tx 75503
Telephone: (903) 255-1000

*Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC.*


By: */s/ Mark C. Lang*
Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (admitted *pro hac vice*)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendant Palo Alto Networks, Inc*

- 6 -

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

 /s/ Brett E. Cooper
 Brett Cooper

## CERTIFICATE OF CONFERENCE

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on December 8, 2022, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

 /s/ Brett E. Cooper
 Brett Cooper