IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § <br> § <br> *Plaintiff*, § <br> v. § <br> § <br> FORTINET, INC., § <br> § <br> *Defendant*. § | Case No. 2:22-cv-00322-JRG-RSP <br> (LEAD CASE) |

## ORDER

Before the Court is the Unopposed Motion for Leave to Seal Defendants' Motion to Transfer filed by Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC. **Dkt. No. 58**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the Defendants' Motion to Transfer (Dkt. No. 60) and accompanying attachments shall be sealed. Defendants shall file redacted versions of the same no later than December 13, 2022.

**SIGNED this 10th day of December, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE