# Exhibit 2



# Assignment abstract of title for Application 11662978

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| MONITORING CONDITION OF NETWORK WITH DISTRIBUTED COMPONENTS<br>Stefan Berndt,<br>Thomas Hanna,<br>Alan Southall,<br>Thorsten Laux,<br>Steffen Rusitschka,<br>Christian Scheering | 7916630<br>Mar 29, 2011 | 20080261521<br>Oct 23, 2008 | 11662978<br>Jan 18, 2008 | | |

## Assignments (2 total)

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 061382/0654 | Nov 18, 2021 | Oct 11, 2022 | 1 | 3 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
SIEMENS AKTIENGESELLSCHAFT

**Correspondent**
VORYS, SATER, SEYMOUR AND PEASE LLP
909 FANNIN STREET, SUITE 2700
SONIA RAMIREZ
HOUSTON, TX 77010

**Assignee**
LIONRA TECHNOLOGIES, LTD.
THE HYDE BUILDING, SUITE 23
THE PARK, CARRICKMINES
DUBLIN 18
IRELAND

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 020446/0368 | Feb 21, 2007 | Jan 18, 2008 | 1 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
BERNDT, STEFAN
HANNA, THOMAS
LAUX, THORSTEN
RUSLTSCHKA, STEFFEN
SCHEERING, CHRISTIAN
SOUTHALL, ALAN

**Correspondent**
STAAS & HALSEY, LLP
ATTENTION: RICHARD A. GOLLHOFER
1201 NEW YORK AVE., N.W., 7TH FLOOR
WASINGTON, D.C. 20005

Assignee
SIEMENS AKTIENGESELLSCHAFT
WITTELSBACHERPLATZ 2
MUNICH 80333
GERMANY