# Exhibit 3

# Assignment abstract of title for Application 11600934

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| RECONFIGURABLE COMMUNICATIONS INFRASTRUCTURE FOR ASIC NETWORKS<br>Jerry W. Yancey, Yea Zong Kuo | 7921323<br>Apr 5, 2011 | 20070101242<br>May 3, 2007 | 11600934<br>Nov 16, 2006 | | |

## Assignments (3 total)

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 058307/0176 | Sep 28, 2021 | Dec 6, 2021 | 13 | 6 |

**Conveyance**
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignors**
L3HARRIS TECHNOLOGIES, INC.
EAGLE TECHNOLOGY, LLC
HARRIS GLOBAL COMMUNICATIONS, INC.
L-3 COMMUNICATIONS CORPORATION
L-3 COMMUNICATIONS INTEGRATED SYSTEMS, L.P.

**Correspondent**
VORYS, SATER, SEYMOUR AND PEASE LLP
1909 K STREET NW
SUITE 900
WASHINGTON, DC 20006-1152

**Assignee**
LIONRA TECHNOLOGIES LTD.
THE HYDE BUILDING, SUITE 23,
THE PARK, CARRICKMINES,
DUBLIN 18
IRELAND

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 020445/0448 | Dec 13, 2006 | Feb 1, 2008 | 1 | 5 |

**Conveyance**
RE-RECORD TO CORRECT THE NAME OF THE ASSIGNEE, PREVIOUSLY RECORDED ON REEL 018735 FRAME 0267.

**Assignors**
YANCEY, JERRY W.
KUO, YEA ZONG

**Correspondent**
BRIAN W. PETERMAN
1101 S. CAP OF TX HWY
BLDG. C - SUITE 200
AUSTIN, TEXAS 78746

**Assignee**
L-3 COMMUNICATIONS INTEGRATED SYSTEMS L.P.
10001 JACK FINNEY BLVD.
GREENVILLE, TEXAS 75402

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 018735/0267 | Dec 13, 2006 | Dec 27, 2006 | 1 | 3 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
YANCEY, JERRY W.
KUO, YEA ZONG

Correspondent
WILLIAM W. ENDERS
O'KEEFE EGAN PETERMAN, ET AL.
1101 CAPITAL OF TEXAS HIGHWAY SOUTH
BUILDING C, SUITE 200
AUSTIN, TX 78746

Assignee
L-3 INTEGRATED SYSTEMS COMPANY
10001 JACK FINNEY BLVD.
GREENVILLE, TEXAS 75402