# Exhibit 8

 **Maps** | Hewlett-Packard Cafeteria, 8000 Foothills Blvd, Roseville, CA 95747 to 501 I St, Sacramento, CA 95814 | Drive 24.6 miles, 30 min



Map data ©2022 Google  2 mi

🚗 **via I-80 W** — 30 min
Fastest route now due to traffic conditions — 24.6 miles

🚗 **via I-80 W and I-80BUS W** — 31 min
21.2 miles

🚗 **via Foothills Blvd, I-80 W and I-80BUS W** — 32 min
20.8 miles

### Explore 501 I St

Restaurants   Hotels   Gas stations   Parking Lots   More