# Exhibit 9

Case 2:22-cv-00322-JRG-RSP   Document 66-6   Filed 12/13/22   Page 1 of 2 PageID #: 1187

