# Exhibit 10

