# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

## JOINT MOTION FOR EXTENSIONS OF TIME

Plaintiff Lionra Technologies Limited ("Lionra") together with Defendants Hewlett Packard Enterprise Company and Aruba Networks LLC (collectively, "Defendants") file this joint motion to extend the briefing schedule for HP's motion to dismiss (Dkt. No. 57).

Lionra's opposition is currently due on December 16, 2022. However, in light of conflicting deadlines in other matters, including a Markman hearing schedule for December 16 in

the case captioned *Speir Techs. Ltd. v. Apple Inc.*, No. 6:22-cv-00077-ADA (W.D. Tex.), Lionra requests a one-week extension to file its response up to and including December 23, 2022.

Relatedly, Defendants request a corresponding one-week extension to file their reply in support of their motion to dismiss. If Lionra's request for an extension to file its opposition is granted, Lionra's response will be due on Friday, December 23 (right before Christmas break) and Defendants' reply will be due on Friday, December 30 (right before New Years' break). To that end, Defendants request a corresponding one-week extension to file the reply brief from the putative December 30 deadline to January 6, 2023.

In light of the forgoing, good cause supports the requested extensions, and the Court should grant the parties' requested extensions as follows:

- December 23, 2022: Deadline for Lionra's opposition to Defendants' motion to dismiss (Dkt. No. 57).

- January 6, 2023: Deadline for Defendants' reply in support of the motion to dismiss.

Dated: December 14, 2022

Respectfully submitted,

By: /s/ Brett Cooper
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth R. Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (NY SBN 5324967)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016

Tel.: (212) 951-0100
Fax: (646) 293-2201

*Attorneys for Plaintiff Lionra Technologies Limited*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Mark N. Reiter*
Veronica Smith Moyé (24000092)
VMoye@gibsondunn.com
Mark N. Reiter (16759900)
mreiter@gibsondunn.com
Ashbey N. Morgan (24106339)
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

**HALTOM & DOAN**
Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, Tx 75503
Telephone: (903) 255-1000

*Attorneys for Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h) and that this is a joint motion.

*/s/ Brett Cooper*
Brett Cooper

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record on December 14, 2022.

*/s/ Brett Cooper*
Brett Cooper
