# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

## ORDER GRANTING JOINT MOTION FOR EXTENSIONS OF TIME

Before the Court is Plaintiff Lionra Technologies Ltd.'s ("Lionra") and Defendants Hewlett Packard Enterprise Company and Aruba Networks LLC's (collectively, "Defendants") Joint Motion for Extensions of Time. The Court, having considered same, is of the opinion that the motion should be GRANTED. It is therefore ORDERED that Lionra shall have up to and including December 23, 2022 to file its response to Defendants' Motion to Dismiss (Dkt. No. 57)

and Defendants shall have up to and including January 6, 2022 to file their reply in support of their Motion to Dismiss.