IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § § | Case No. 2:22-cv-00322-JRG-RSP |
| v. | § § | (Lead Case) |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Joint Motion for Extension of Time filed by Plaintiff Lionra Technologies Limited and Defendants Hewlett Packard Enterprise Company and Aruba Networks LLC ("Defendants"). **Dkt. No. 67**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Lionra to file its response to Defendants' Motion to Dismiss (Dkt. No. 57) is December 23, 2022, and the deadline for Defendants to file their reply is January 6, 2023.

**SIGNED this 15th day of December, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE