# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP <br> (Lead Case) <br> **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

## PROPOSED ORDER

Before the Court is Plaintiff Lionra Technologies Limited and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC's (collectively, "HPE") Joint Motion for Extension of Time to Respond to Defendants' Motion to Transfer Venue and for Leave to Take Venue-Related Discovery.

Finding good cause for the Motion, the Court hereby GRANTS the Motion and EXTENDS the deadline for Lionra to respond to HPE's Motion to Transfer until February 23, 2023, for HPE to file a reply brief to March 2, 2023, and for Lionra to file a sur-reply to March 9, 2023, for purposes of allowing the Parties to conduct venue-related discovery relevant to HPE's Motion to Transfer.  Each side's venue discovery shall be limited to no more than 5 interrogatories, 10 requests for production, and 10 hours of deposition testimony.  Venue discovery shall take place between January 2, 2023 and February 16, 2023.

**SO ORDERED.**