# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, § § *Plaintiff*, § v. § § FORTINET, INC., § § *Defendant*. § | Case No. 2:22-cv-00322-JRG-RSP (Lead Case) |

## ORDER

Before the Court is the Joint Motion for Extension of Time filed by Plaintiff Lionra Technologies Limited and Defendants Hewlett Packard Enterprise Company and Aruba Networks LLC ("Defendants"). **Dkt. No. 69**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that the deadline for Lionra to file its response to Defendants' Motion to Transfer (Dkt. No. 60) is February 23, 2022, the deadline for Defendants to file their reply is March 2, 2023, and the deadline Lionra to file a sur-reply is March 9, 2023, for purposes of allowing the Parties to conduct venue-related discovery relevant to the Motion to Transfer. Each side's venue discovery shall be limited to no more than 5 interrogatories, 10 requests for production, and 10 hours of deposition testimony. Venue discovery shall take place between January 2, 2023 and February 16, 2023.

**SIGNED this 19th day of December, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE