# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> FORTINET, INC., | Civil Action No. 2:22-CV-00322 <br> (LEAD CASE) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al | Case No. 2:22-cv-00319-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> PALO ALTO NETWORKS, INC., | Case No. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

1

## PALO ALTO NETWORKS, INC.'S NOTICE OF COMPLIANCE REGARDING RULE 26 INITIAL DISCLOSURES

Defendant Palo Alto Networks, Inc. hereby notifies the Court that it has served its Rule 26 Initial Disclosures upon counsel for Plaintiff via email on December 20, 2022.

Date:  December 20, 2022

Respectfully submitted:

By: */s/ Melissa R. Smith*
Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (*pro hac vice* to be filed)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendant*
*Palo Alto Networks, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document on December 20, 2022.

*/s/ Melissa R. Smith*
Melissa R. Smith