# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, | |
| Plaintiff, | Case No. 2:22-cv-00322-JRG |
| vs. | |
| FORTINET, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## NOTICE OF COMPLIANCE

Defendant Fortinet, Inc. hereby notifies the Court that it has served its Initial and Additional Disclosures upon counsel for Plaintiff via email on December 20, 2022.

Dated:  December 21, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone:  404.253.6900
Facsimile:  404.253.6901

Alexandra Lane
axlane@duanemorris.com
**DUANE MORRIS LLP**
1540 Broadway
New York, NY  10036
Telephone:  212.471.4772
Facsimile:  212.937.3568

*Counsel for Defendant Fortinet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on December 21, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/ Melissa R. Smith*

2