# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | CASE NO. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | CASE NO. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al. | CASE NO. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | CASE NO. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

## NOTICE OF COMPLIANCE

Pursuant to this Court's Docket Control Order (Dkt. No. 59) and Discovery Order (Dkt. No. 65), Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC ("Defendants") respectfully notify this Court that they have served Initial and Additional Disclosures upon counsel for Plaintiff via email on December 20, 2022.

**NOTICE OF COMPLIANCE – Page 1**

By: */s/ Jennifer H. Doan*
Veronica Smith Moyé
Texas State Bar No. 24000092
vmoye@gibsondunn.com
Mark N. Reiter
Texas State Bar No. 16759900
mreiter@gibsondunn.com
Ashbey N. Morgan
anmorgan@gibsondunn.com
Texas State Bar No. 24106339
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Ave Suite 2100
Dallas, TX  75201-6912
Telephone:  214.698.3360
Facsimile:  214.571.2907

**HALTOM & DOAN**
Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
6500 Summerhill Road
Crown Executive Center Suite 100
Texarkana, TX  75503
Telephone:  903.255.1000

**ATTORNEYS FOR DEFENDANTS HEWLETT PACKARD ENTERPRISE COMPANY AND ARUBA NETWORKS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Jennifer H. Doan*
Jennifer H. Doan

**NOTICE OF COMPLIANCE – Page 2**