UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD.,<br><br>v.<br><br>FORTINET, INC., | Case No. 2:22-cv-00322-JRG-RSP<br><br>(Lead Case) |
| LIONRA TECHNOLOGIES LTD.,<br><br>v.<br><br>CISCO SYSTEMS, INC., | Case No. 2:22-cv-00305-JRG-RSP<br><br>(Member Case) |
| LIONRA TECHNOLOGIES LTD.,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, et al, | Case No. 2:22-cv-00319-JRG-RSP<br><br>(Member Case) |
| LIONRA TECHNOLOGIES LTD.,<br><br>v.<br><br>PALO ALTO NETWORKS, INC., | Case No. 2:22-cv-00334-JRG-RSP<br><br>(Member Case) |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Dismiss for Failure to State a Claim of U.S. Patent No. 7,921,323 filed by Hewlett Packard Enterprise Company and Aruba Networks LLC, Inc. (Dkt. No. 57). Having considered the Motion to Dismiss, the Court holds that the the Motion to Dismiss should be and is hereby DENIED.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE