# EXHIBIT 1



CYBER READINESS CENTER AND BREAKING THREAT INTELLIGENCE: CLICK HERE TO GET THE LATEST RECOMMENDATIONS AND THREAT RESEARCH

# Security-Driven Networking for a Hyperconnected World

Read our corporate brochure →

## About Us

Fortinet makes possible a digital world that we can always trust through its mission to protect people, devices, and data everywhere. This is why the world's largest enterprises, service providers, and government organizations choose Fortinet to securely accelerate their digital journey. The Fortinet Security Fabric platform delivers broad, integrated, and automated protections across the entire digital attack surface, securing critical devices, data, applications, and connections from the data center to the cloud to the home office. Ranking #1 in the most security appliances shipped worldwide, more than 615,000 customers trust Fortinet to protect their businesses. And the Fortinet NSE Training Institute, an initiative of Fortinet's Training Advancement Agenda (TAA), provides one of the largest and broadest training programs in the industry to make cyber training and new career opportunities available to everyone.

## The Security Fabric

The Security Fabric enables organizations to achieve their digital innovations outcomes without compromise by delivering a true cybersecurity platform that provides:

- **Broad** visibility and protection of the entire digital attack surface to better manage risk
- **Integrated** solutions that reduce management complexity and share threat intelligence
- **Automated** self-healing networks with AI-driven security for fast and efficient operations

Hey there 👋 Want to be in the know?





Fortinet is the only security leader to develop and build custom security processing unit (SPU) technology that offers the best price/performance and value in the industry with Security Compute Ratings that are multiples that of other vendors with more software-oriented or CPU-driven approaches. Each day Fortinet FortiGuard Labs uses one of the most effective and proven artificial intelligence (AI) and machine learning (ML) systems in the industry to process and analyze more than 100 billion events daily, sending actionable real-time threat intelligence to customers. The combination of FortiOS, purpose-built SPU technology, and AI-powered threat intelligence showcases the Fortinet commitment to cybersecurity innovation and excellence.

The Fortinet flagship enterprise firewall platform, FortiGate, is available in a wide range of sizes and form factors to fit any environment and provides a broad array of next-generation security and networking functions.The Fortinet market position and solution effectiveness have been widely validated by industry analysts, independent testing labs, business organizations, and media outlets worldwide. Fortinet is proud to count the majority of Fortune 500 companies among its satisfied customers.

Fortinet is headquartered in Sunnyvale, California, owns a 200,000 square foot manufacturing assembly and operations center in Union City, California, and has offices around the globe. Founded in 2000 by Ken Xie, the visionary founder and former president and CEO of NetScreen, Fortinet is led by a strong management team with deep experience in networking and security.

Join our team of cybersecurity and networking experts at the Executive Briefing Center, where customers can see first-hand how Fortinet technologies can secure the demanding needs of any organization and help drive digital innovation from within.

Read the Corporate Brochure.



Year Founded
**2000**



Headquarters
**Sunnyvale, California**



Stock Symbol
**FTNT**
IPO: November 2009



Customers
**615,000⁺**



Units Shipped to Date
**9.4M⁺**



Global Patents
**1285** Issued
**250** Pending



Number of Employees
(As of September 30, 2022)
**12,091**



Financial Highlights
$1.814B cash and investments
**$1.150B**
Q3 2022 Revenue
**$1.411B**
Q3 2022 Billings

# Quick Links



### Free Product Demo
Explore key features and capabilities, and experience user interfaces.

12/21/22, 8:56 PM
Case 2:22-cv-00322-JRG-RSP   Document 81-3   Filed 02/07/23   Page 5 of 6 PageID #:  1349
Learn more about Fortinet and the Security Fabric



### Resource Center
Download from a wide range of educational material and documents.



### Free Trials
Test our products and solutions.



### Contact Sales
Have a question? We're here to help.

**PRODUCTS**

**PARTNERS**

**DISCOVER MORE**

**CONNECT WITH US**

Enter Email Address

I want to receive news and product emails. Read our privacy policy.



Copyright © 2022 Fortinet, Inc. All Rights Reserved.

Terms of Service | Privacy Policy | Notice for California Residents | Do Not Sell My Personal Information | GDPR | Cookie Settings

©Gartner is a registered trademark and service mark of Gartner, Inc. and/or its affiliates, and is used herein with permission. All Rights Reserved.

Also of Interest
What is SD-WAN?
Products
Fortinet related News articles