# EXHIBIT 4



BLOG    JOIN UP    TOP-UP

ABOUT   LOGIN

# Lionra Technologies Limited

Summary    Latest Updates    Credit Score    Business Checks

## Company Summary

Lionra Technologies Limited was set up on Monday the 15th of February 2021. Their current partial address is Dublin 18, and the company status is Normal. The company's current directors have been the director of 265 other Irish companies between them; 129 of which are now closed. Lionra Technologies Limited has 2 shareholders.

| | |
|---|---|
| **Company Name:** | Lionra Technologies Limited |
| **Company Status:** | NORMAL |
| **Company Address:** | Suite 23,<br>The Hyde Building,<br>Carrickmines, Dublin 18, Ireland |
| **Key Executive:** | Mr Padian |
| **Company Size:** | Log-In To View |

### Key Contact Profile



Mr Padian is a Company Director of Lionra Technologies Limited since 2021 and a listed Director of 24 other companies.



Generate a B2B Marketing List with ease and grow your business. Identify key decision makers and pre-qualified new prospects for your sales and business development teams.

Similar Companies - Create a marketing list of similar companies

## Latest Updates

The latest documents filed with the Companies Registration Office for Lionra Technologies Limited (which can include the Account Details) are listed below.

| CRO Document | Effective Date | Received By CRO | View Now |
| --- | --- | --- | --- |
| Form G1 Special Resolution - General | 23/12/2022 | 16/01/2023 | Join Up |
| AMENDED CONSTITUTION | 23/12/2022 | 16/01/2023 | Join Up |
| Form B5 - Return of Allotments | 23/12/2022 | 16/01/2023 | Join Up |
| Form B5 - Return of Allotments | 18/10/2022 | 11/11/2022 | Join Up |
| Form B1C - Annual Return General | 15/08/2022 | 10/10/2022 | Join Up |

THIS COMPANY HAS 20 OTHER DOCS »

View CRO company documents and company reports any Irish company or business with ease.

## Credit Report

View the Latest Credit Report and Credit Limit on Lionra Technologies Limited.

| | |
|---|---|
| **Company Status:** | Normal |
| **Latest Credit Movement:** | ⬆ |
| **Date of Last Movement:** | 21/11/2022 |
| **Latest Accounts Filed:** | 10/10/2022 |
| **Report Based on Accounts:** | 31/12/2021 |
| **Next Set of Accounts Due:** | 15/08/2023 |
| **Overdue:** | No |
| **Credit Score:** | Join-Up to View |

Full Credit Rating



To View the latest Credit Rating or Credit Limit on Lionra Technologies Limited simply click 'Log-In' or 'Join-Up' below.

| Log-In | Join-Up |

Vision-net Credit Scores save your business the time and cost of chasing slow payers. Evaluate risk at client application stage or run continuous credit checks on your full customer base.



## Directors & Owners

Satisfy due diligence requirements on Lionra Technologies Limited in one single 'time-saving' search. Run full background checks for Fitness and Probity on the directors of Lionra Technologies Limited and Anti-Money Laundering checks (AML checks) on Lionra Technologies Limited

Directors details are available to logged in users.

## Ownership Structure

| | |
|---|---|
| **Company Type:** | LTD - Private Company Limited By Shares |
| **Number of Shareholders:** | 2 |

### Compliance



Log-in now to run Due Diligence checks and Compliance checks on Lionra Technologies Limited or click Join-up to get started.

| Log-In | Join-up |

Background check Companies, Sole Traders or Individuals and minimise your spend with more efficient Anti-Money Laundering checks and reports.

ℹ For the latest Liquidator, Receiver and Examiner appointments visit BusinessBarometer.ie

### Solutions

- Company Searches
- Compliance
- Credit Reporting

- Sales & Marketing Lists
- Research

**Credit Advice**

- What is a Credit Report
- Can I Impove my Rating
- 80% Predictability
- Live Credit Results

**Ask Us A Question...?**

More people choose Vision-net over any other search service... ask us why?

We're online now

**Free Resources**

- Irish Companies in the news
- Business Barometer
- Recovery Index
- Top Companies





ESG, Sustainability, Corporate Responsibility... Has A New Name... Welcome To Sy

31/01/2023

Company's approach to 'sustainability' has now become a key factor when deciding on who to partner, or do business with.

Read More »





### New Section On Your Company's Credit Report

23/01/2023

We're pleased to announce in the next week we'll be adding a new section to our company credit reports on 'Corporate Sustainability'.

Read More »





### Checking Customers In 2023…

17/01/2023

Many companies use the turn of the year to assess their goals for the year ahead. This often includes reviewing their exposure from customers with outstanding debts or potentially bad debts.

Read More »





### Whats Coming In 2023...

10/01/2023

Happy New Year! We'd like to start the year by wishing you and your colleagues health and success in 2023. We look forward to being of service to you. 2023 looks set to be another exciting year at CRIFVision-net.

Read More »

