# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> FORTINET, INC., <br><br> Defendant. | Case No. 2:22-cv-00322-JRG <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANT FORTINET, INC.'S MOTION TO TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA

ON THIS DAY came to be considered Defendant Fortinet, Inc.'s ("Fortinet") Motion to Transfer to the Northern District of California (the "Motion"). The Court, having reviewed the Motion, being of the opinion that good cause has been shown and in the interest of justice and the convenience of the parties and witnesses, hereby **GRANTS** Fortinet's Motion.

**IT IS HEREBY ORDERED** that this action **BE TRANSFERRED** to the United States District Court for the Northern District of California.