UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | Case No. 2:22-cv-00319-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**PROPOSED ORDER**

Before the Court is Plaintiff Lionra Technologies Limited and Defendant Fortinet, Inc. ("Fortinet") Joint Motion for Extension of Time to Respond to Defendant's Motion to Transfer Venue and for Leave to Take Venue-Related Discovery.

1. Finding good cause for the Motion, the Court hereby GRANTS the Motion and EXTENDS the deadline for Lionra to respond to Fortinet's Motion to Transfer until March 24,

2023, for Fortinet to file a reply brief to March 31, 2023, and for Lionra to file a sur-reply until April 7, 2023, for purposes of allowing the Parties to conduct venue-related discovery relevant to Fortinet's Motion to Transfer. Each side's venue discovery shall be limited to no more than 5 interrogatories, 10 requests for production, and 4 hours of deposition testimony. Venue discovery shall take place between February 9, 2023 and end on March 17, 2023.

    **SO ORDERED.**