## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Case No. 2:22-cv-00322-JRG-RSP |
| | § | (Lead Case) |
| FORTINET, INC., | § | |
| | § | |
| *Defendant.* | § | |

### ORDER

Before the Court is the Joint Motion for Extension of Time to Respond to Motion to Transfer and for Leave to Take Venue-Related Discovery filed by Plaintiff Lionra Technologies Limited and Defendant Fortinet, Inc. **Dkt. No. 82**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** as follows:

1. Lionra has until March 24, 2023 to respond to Fortinet's Motion to Change Venue to the Northern District of California (Dkt. No. 81);
2. Fortinet has until March 31, 2023 to file its reply brief regarding its Motion to Change Venue;
3. Lionra has until April 7, 2023 to file its sur-reply to Fortinet's Motion to Change Venue;
4. Venue discovery shall begin on February 9, 2023 and end on March 17, 2023; and
5. Venue discovery is limited to no more than 5 interrogatories per side, 10 requests for production per side, and 4 hours of deposition testimony per side.

**SIGNED this 9th day of February, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE