# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> FORTINET, INC., | Case No. 2:22-cv-00322-JRG-RSP <br><br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> CISCO SYSTEMS, INC., | Case No. 2:22-cv-00305-JRG-RSP <br><br> (Member Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al, | Case No. 2:22-cv-00319-JRG-RSP <br><br> (Member Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> PALO ALTO NETWORKS, INC., | Case No. 2:22-cv-00334-JRG-RSP <br><br> (Member Case) |

**UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Plaintiff Lionra Technologies Limited ("Lionra") requests that the Court permit withdrawal of Marc Fenster, Reza Mirzaie, Jonathan Ma, Neil Rubin, Paul Kroeger and Russ August & Kabat LLP as counsel of record and substitute the following attorneys as counsel of record:

> Brett E. Cooper (NY SBN 4011011)
> bcooper@bc-lawgroup.com
> Seth R. Hasenour (TX SBN 24059910)
> shasenour@bc-lawgroup.com
> Jonathan Yim (NY SBN 5324967)
> jyim@bc-lawgroup.com
> Drew B. Hollander (NY SBN 5378096)
> dhollander@bc-lawgroup.com
>
> **BC Law Group, P.C.**
> 200 Madison Avenue, 24th Floor
> New York, NY 10016
> 212-951-0100 (Tel.)
> 646-293-2201 (Fax)

Counsel for BC Law Group, P.C. is already counsel of record and previously filed Notices of Appearance. Dkt. Nos. 14, 17, 18, and 19 (*Lionra Technologies Limited v. Fortinet, Inc.*, 2:22-cv-00322), Nos. 14, 21, 22, 23 (*Lionra Technologies Limited v. Hewlett Packard Enterprise Company et al.*, 2:22-cv-00319), Nos. 12, 13, 14, 15 (*Lionra Technologies Limited v. Cisco Systems, Inc.*, 2:22-cv-00305) and Nos 14, 17, 18, 19 (*Lionra Technologies Limited v. Palo Alto Networks, Inc.*, 2:22-cv-00334). This motion is filed with the agreement of counsel and Lionra. Defendants Fortinet, Inc., Palo Alto Networks, Inc., Aruba Networks, LLC f/k/a Aruba Networks, Inc., Hewlett Packard Enterprise Company, and Cisco Systems, Inc. do not oppose the motion.

Dated: February 9, 2023                                    Respectfully submitted,

                                                                 By: */s/ Brett E. Cooper*
                                                                  Brett E. Cooper (NY SBN 4011011)
                                                                  bcooper@bc-lawgroup.com
                                                                  Seth R. Hasenour (TX SBN 24059910)
                                                                  shasenour@bc-lawgroup.com

Jonathan Yim (NY SBN 5324967)<br>
jyim@bc-lawgroup.com<br>
Drew B. Hollander (NY SBN 5378096)<br>
dhollander@bc-lawgroup.com<br>
**BC LAW GROUP, P.C.**<br>
200 Madison Avenue, 24th Floor<br>
New York, NY 10016<br>
Tel.: (212) 951-0100<br>
Fax: (646) 293-2201

*Attorneys for Plaintiff Lionra Technologies Limited*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement on February 9, 2023 and this motion is unopposed.

                                                 */s/ Brett Cooper*<br>
                                                 Brett E. Cooper

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record for Defendants on February 9, 2023 via electronic service.

                                                */s/ Drew B. Hollander*<br>
                                               Drew B. Hollander