**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> FORTINET, INC., | Case No. 2:22-cv-00322-JRG-RSP <br><br> (Lead Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> CISCO SYSTEMS, INC., | Case No. 2:22-cv-00305-JRG-RSP <br><br> (Member Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, et al, | Case No. 2:22-cv-00319-JRG-RSP <br><br> (Member Case) |
| LIONRA TECHNOLOGIES LTD., <br><br> v. <br><br> PALO ALTO NETWORKS, INC., | Case No. 2:22-cv-00334-JRG-RSP <br><br> (Member Case) |

**[PROPOSED] ORDER**

Before the Court is Plaintiff Lionra Technologies Limited's ("Lionra") Unopposed Motion to Withdraw and Substitute Counsel. The Court, having considered same, is of the opinion that the motion should be GRANTED. It is therefore ORDERED that Marc Fenster, Reza Mirzaie, Jonathan Ma, Neil Rubin, Paul Kroeger and the law firm of Russ August & Kabat LLP are withdrawn as counsel of record and substituted with Brett Cooper, Seth Hasenour, Jonathan Yim, Drew Hollander and the law firm of BC Law Group, P.C.

                                                                    _____
                                                                    RODNEY GILSTRAP
                                                                    UNITED STATES DISTRICT JUDGE