# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>  Plaintiff,<br><br>vs.<br><br>FORTINET, INC.,<br><br>  Defendant. | Case No. 2:22-cv-00322-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendant Fortinet, Inc. hereby notifies the Court that it has served its Invalidity Contentions and Ineligibility Contentions upon counsel for Plaintiff via email on February 10, 2023.

Dated: February 10, 2023

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

                                                              Alexandra Lane
                                                              axlane@duanemorris.com
                                                              **DUANE MORRIS LLP**
                                                              1540 Broadway
                                                              New York, NY  10036
                                                              Telephone:  212.471.4772
                                                              Facsimile:  212.937.3568

                                                              *Counsel for Defendant Fortinet, Inc.*

## CERTIFICATE OF SERVICE

       The undersigned counsel hereby certifies that on February 10, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

                                                              */s/ Melissa R. Smith*