IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00322-JRG-RSP (Lead Case) |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

### ORDER

Before the Court is Plaintiff Lionra Technologies Limited's Unopposed Motion to Withdraw and Substitute Counsel. **Dkt. No. 84**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that that Marc Fenster, Reza Mirzaie, Jonathan Ma, Neil Rubin, Paul Kroeger and the law firm of Russ August & Kabat LLP are withdrawn as counsel of record and substituted with Brett Cooper, Seth Hasenour, Jonathan Yim, Drew Hollander and the law firm of BC Law Group, P.C.

**SIGNED this 11th day of February, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE