# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00322-JRG-RSP |
| v. | (Lead Case) |
| FORTINET, INC. | **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00305-JRG-RSP |
| v. | (Member Case) |
| CISCO SYSTEMS, INC. | |
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00319-JRG-RSP |
| v. | (Member Case) |
| HEWLETT PACKARD ENTERPRISE COMPANY, ET AL. | |
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00334-JRG-RSP |
| v. | (Member Case) |
| PALO ALTO NETWORKS, INC. | |

## JOINT MOTION TO DISMISS

WHEREAS Plaintiff Lionra Technologies Limited ("Lionra") and Defendants Hewlett Packard Enterprise Company and Aruba Networks, LLC (collectively, "HPE") have resolved Plaintiff's claims for relief against HPE asserted in this case.

NOW, THEREFORE, Lionra and HPE, through their attorneys of record, request this Court to dismiss Lionra's claims for relief against HPE with prejudice with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  March 23, 2023                          Respectfully submitted,

                                                By: */s/ Brett Cooper*

                                                Brett E. Cooper (NY SBN 4011011)
                                                bcooper@bc-lawgroup.com
                                                Seth Hasenour (TX SBN 24059910)
                                                shasenour@bc-lawgroup.com
                                                Jonathan Yim (TX SBN 24066317)
                                                jyim@bc-lawgroup.com
                                                Drew B. Hollander (NY SBN 5378096)
                                                dhollander@bc-lawgroup.com

                                                **BC LAW GROUP, P.C.**
                                                200 Madison Avenue, 24$^h$ Floor
                                                New York, NY 10016
                                                Telephone: (212) 951-0100

                                                *Attorneys for Plaintiff Lionra Technologies Limited*

                                                By:  */s/ Ashbey Morgan*

                                                Veronica Smith Moyé (24000092)
                                                vmoye@gibsondunn.com
                                                Mark N. Reiter  (16759900)
                                                mreiter@gibsondunn.com
                                                Ashbey N. Morgan (24106339)
                                                anmorgan@gibsondunn.com

                                                **GIBSON, DUNN & CRUTCHER LLP**
                                                2001 Ross Ave., Suite 2100
                                                Dallas, TX 75201-6912
                                                Telephone: (214) 698-3100

Facsimile: (214) 571-2900

**HALTOM & DOAN**
Jennifer Haltom Doan
jdoan@haltomdoan.com
Kyle Randall Akin
kakin@haltomdoan.com
6500 Summerhill Road
Crown Executive Center, Suite 100
Texarkana, TX 75503
Telephone: (903) 255-1000

*Attorneys for Defendants Hewlett Packard*
*Enterprise Company and Aruba Networks, LLC*

## CERTIFICATE OF SERVICE

I certify that this document is being served upon counsel of record on March 23, 2023 via electronic service.

/s/ Brett Cooper
Brett E. Cooper

## CERTIFICATE OF CONFERENCE

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h), and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

/s/ Brett Cooper
Brett Cooper