IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:22-CV-00322-JRG-RSP |
| v. | § § | (LEAD CASE) |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

### AMENDED ORDER

Before the Court is Plaintiff Lionra Technologies Limited's Unopposed Motion for Letter of Request Under the Hague Convention. **Dkt. No. 122**. Lionra requests that this Court issue Letters Rogatory seeking assistance of the Appropriate Judicial Authority in Israel so Lionra can obtain documentary and deposition evidence from Radware, Ltd, an Israeli entity located in Israel.

After due consideration, the Court **GRANTS** the motion. Accordingly, the Court will execute the Letter of Request attached as Exhibit A (Dkt. No. 122-1) to Lionra's motion. The Clerk is DIRECTED to authenticate, under seal of this Court, the Court's signature on the Request for Judicial Assistance and prepare two certified copies of the signed and sealed letter. Counsel for Lionra is hereby **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Letters of Request to the proper authority in Israel.

**SIGNED this 4th day of July, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE