**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00322-JRG-RSP |
| v. | (Lead Case) |
| FORTINET, INC. | **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00305-JRG-RSP |
| v. | (Member Case) |
| CISCO SYSTEMS, INC. | |
| LIONRA TECHNOLOGIES LIMITED | Case No. 2:22-cv-00334-JRG-RSP |
| v. | (Member Case) |
| PALO ALTO NETWORKS, INC. | |

**JOINT MOTION REGARDING STIPULATION OF
DISMISSAL OF CERTAIN ASSERTED PATENTS BY
LIONRA TECHNOLOGIES LIMITED AND FORTINET, INC.**

Plaintiff Lionra Technologies Limited ("Lionra"), together with Defendant Fortinet, Inc. ("Fortinet"), respectfully submit this Joint Motion requesting that the Court adopt and enter the Joint Stipulation between Lionra and Fortinet regarding the dismissal of certain asserted patents, submitted as Exhibit A to this Motion, in accordance with the Second Amended Docket Control Order (Dkt. No. 160) and following the Court's November 27, 2023 Claim Construction Order (Dkt. No. 162).

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties further request that the Court enter the proposed order attached as Exhibit B to this Motion dismissing Lionra's claims for infringement of U.S. Patent No. 7,302,708 ("the '708 patent") and U.S. Patent No. 7,921,323 ("the '323 patent") against Fortinet based on Fortinet's manufacture, importation, use, sale and/or offer for sale of any accused Fortinet products.

1

For the reasons set forth herein, Lionra and Fortinet respectfully request that the Court grant this Joint Motion to (1) adopt and enter the Stipulation attached as Exhibit A and (2) enter the proposed order dismissing the claims for infringement of the '708 patent and the '323 patent.

Dated:  December 1, 2023

By: */s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
jyim@bc-lawgroup.com
Drew B. Hollander (NY SBN 5378096)
dhollander@bc-lawgroup.com

**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201

**ATTORNEYS FOR PLAINTIFF
LIONRA TECHNOLOGIES LTD.**

Respectfully submitted,

By: */s/ Dravid Dotson*
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Alexandra Lane
axlane@duanemorris.com
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036
Telephone: 212.471.4772
Facsimile: 212.937.3568

**ATTORNEYS FOR DEFENDANT
FORTINET, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Brett Cooper*
Brett Cooper

## **CERTIFICATE OF CONFERENCE**

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on December 1, 2023, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

*/s/ Brett Cooper*
Brett Cooper