IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Case No. 2:22-CV-00322-JRG-RSP |
| FORTINET, INC., | | (Lead Case) |
| *Defendant.* | | |

## ORDER

Before the Court is Plaintiff Lionra Technologies Limited's and Defendant Fortinet, Inc.'s (collectively, the "Parties") Joint Motion to enter and adopt the Joint Stipulation regarding dismissal of certain claims and to dismiss certain claims from this action with prejudice. (**Dkt. No. 167**.)

Having duly considered the Parties' submission, the Court **GRANTS** the Motion. The Court enters and takes judicial notice of the Stipulation attached to the Joint Motion as Exhibit A in the Lead Case.

**IT IS ORDERED** that "Count 1 – Claim for infringement of the '708 patent" is dismissed with prejudice.

**IT IS FURTHER ORDERED** "Count 3 – Claim for infringement of the '323 patent" is dismissed with prejudice.

No other claims relating to the other asserted patents are affected by this Order.

**SIGNED this 8th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1