IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

**DEFENDANTS FORTINET INC., CISCO SYSTEMS, INC., AND PALO ALTO NETWORKS, INC.'S UNOPPOSED MOTION FOR HEARING ON DEFENDANTS' MOTIONS FOR STAY**

Defendants Fortinet, Inc., Cisco Systems, Inc., and Palo Alto Networks, Inc. (collectively, "Defendants"), respectfully move, pursuant to Local Rule CV-7(g), for a hearing, at the Court's earliest convenience, on the following motions: (1) Defendant Fortinet's Motion to Stay Pending *Inter Partes* Review ("Fortinet's Motion"), Dkt. No. 176; (2) Defendant Palo Alto Networks' Opposed Motion to Stay Pending *Inter Partes* Review ("Palo Alto Networks' Motion"), Dkt. No. 218; and (3) Defendant Cisco's Opposed Motion to Stay Pending Resolution of *Inter Partes* Review for All Asserted Claims ("Cisco's Motion"), Dkt. No. 239.  All three Motions have been fully briefed, with Plaintiff Lionra Technologies Ltd. ("Lionra") having filed its sur-reply to

1

Fortinet's Motion on January 12, 2024 (Dkt. No. 221), its sur-reply to Palo Alto Networks' Motion on February 7, 2024 (Dkt. No. 247), and its opposition to Cisco's Motion on February 16, 2024 (Dkt. No. 253).[1] With the pretrial conference more than a month away and the first trial setting almost two months away, there still remains a significant amount of work for the parties and the Court. A stay would avoid significant expense and effort associated with pretrial and trial preparation. Defendants believe that oral argument would aid the Court in resolving the Motions.

Lionra does not believe a hearing is necessary but does not oppose Defendants' request for a hearing and leaves it to the Court's discretion.

| Dated: March 28, 2024 | */s/ Alice E. Snedeker* |
|---|---|
| | Melissa R. Smith (TBN 24001351) |
| | melissa@gillamsmithlaw.com |
| | **GILLAM & SMITH, LLP** |
| | 303 South Washington Avenue |
| | Marshall, TX 75670 |
| | Telephone: (903) 934-8450 |
| | Facsimile: (903) 934-9257 |
| | |
| | Matthew C. Gaudet |
| | mcgaudet@duanemorris.com |
| | David C. Dotson |
| | dcdotson@duanemorris.com |
| | John R. Gibson |
| | jrgibson@duanemorris.com |
| | Alice E. Snedeker |
| | aesnedeker@duanemorris.com |
| | Daniel Mitchell |
| | dmitchell@duanemorris.com |
| | **DUANE MORRIS LLP** |
| | 1075 Peachtree Street, N.E., Suite 1700 |
| | Atlanta, Georgia 30309-3929 |
| | Telephone: 404.253.6900 |
| | Facsimile: 404.253.6901 |
| | |
| | Brianna M. Vinci |
| | bvinci@duanemorris.com |

---

[1] Cisco elected not to file a reply in support of its Motion.

**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1198
Facsimile: 215.754.4983

*Attorneys for Defendant Fortinet, Inc.*


*/s/ Brian A. Rosenthal*

Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
Katherine Dominguez
kdominguez@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.6300
Facsimile: 212.351.4035

Stuart M. Rosenberg
srosenberg@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3360
Facsimile: 214.571.2907

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 26301351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

*Attorneys for Defendant*
*Cisco Systems, Inc.*


*/s/ Melissa R. Smith*
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Eric A. Buresh
Kansas Bar No. 19895
Michelle L. Marriott
Kansas Bar No. 21784
Mark C. Lang
Kansas Bar No. 26185
Lydia C. Raw (Pro Hac Vice)
Nick R. Apel (Pro Hac Vice)
**ERISE IP, P.A.**
7015 College Boulevard, Suite 700
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
Email: eric.buresh@eriseip.com
Email: michelle.marriott@eriseip.com
Email: mark.lang@eriseip.com
Email: lydia.raw@eriseip.com
Email: nick.apel@eriseip.com

Abran J. Kean
Colorado Bar No. 44660
**ERISE IP, P.A.**
717 17th Street, Suite 1400
Denver, Colorado 80202
Email: abran.kean@eriseip.com

*Attorneys for Defendant*
*Palo Alto Networks Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that on March 27, 2024, pursuant to Local Rule CV-7(h), counsel for Defendants met and conferred with counsel for Plaintiff, and counsel for Plaintiff indicated that it does not believe a hearing is necessary, but does not intend to formally oppose the Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith