# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> v. <br><br> FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP <br> (Member Case) |
| LIONRA TECHNOLOGIES LIMITED <br><br> v. <br><br> PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP <br> (Member Case) |

**ORDER GRANTING DEFENDANTS FORTINET INC., CISCO SYSTEMS, INC., AND PALO ALTO NETWORKS, INC.'S UNOPPOSED MOTION FOR HEARING ON DEFENDANTS' MOTIONS FOR STAY**

Before the Court is Defendants Fortinet Inc., Cisco Systems, Inc., and Palo Alto Networks, Inc.'s Unopposed Motion for Hearing on Defendants' Motions for Stay. After considering same, the Court is of the opinion that the Motion should be GRANTED.