IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC. <br><br> Defendant. | Civil Action No. 2:22-CV-00322-JRG-RSP <br><br> (LEAD CASE) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | Civil Action No. 2:22-CV-00305-JRG-RSP <br><br> (MEMBER CASE) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC. <br><br> Defendant. | Civil Action No. 2:22-CV-00334-JRG-RSP <br><br> (MEMBER CASE) |

**ORDER GRANTING JOINT MOTION FOR TRIAL ORDER**

Before the Court is Plaintiff Lionra Technologies Limited's and Defendants Cisco Systems, Inc., Fortinet, Inc., and Palo Alto Networks, Inc.'s (collectively, the "Parties") Joint Motion for Trial Order (the "Motion"). Having duly considered the Motion and the Parties' respective positions, the Court GRANTS the Motion and ORDERS that [**Plaintiff's Proposal:** *Lionra Technologies Limited v. Palo Alto Networks, Inc.*, Civil Action No. 2:22-CV-00334-JRG-

RSP] [**Defendants' Proposal:** *Lionra Technologies Limited v. Cisco Systems, Inc.*, Civil Action No. 2:22-CV-00305-JRG-RSP] is set first in the order of trials.