IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-cv-0322-JRG-RSP |
| | § | (LEAD CASE) |
| FORTINET, INC., | § | |
| | § | |
| Defendant. | § | |

**REPORT AND RECOMMENDATION**

Before the Court is Defendant Palo Alto Networks, Inc.'s Motion for Summary Judgment of No Pre-Suit Indirect Infringement. (Dkt. No. 255.) In response, Lionra filed a Notice of Non-Opposition to the motion, representing that it will not be alleging pre-suit induced infringement at trial and thus does not oppose the motion. (Dkt. No. 296.)

The Court recommends the motion be **GRANTED** as unopposed.

A party's failure to file written objections to the findings, conclusions and recommendations contained in this report within 14 days bars that party from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except on grounds of plain error, from appellate review of unobjected-to factual findings and legal conclusions accepted and adopted by the district court. FED. R. CIV. P. 72(b)(2); *see also Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (*en banc*). Any objection to this Report and Recommendation must be filed in ECF under the event "Objection to Report and Recommendation [cv, respoth]" or it may not be considered by the District Judge.

**SIGNED this 19th day of April, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1