IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED**<br>**FILED UNDER SEAL** |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282(c), Defendant Cisco Systems, Inc. ("Cisco") provides notice (the "Section 282 Notice") to Plaintiff Lionra Technologies Limited ("Lionra") of patents, publications, other prior art, and witnesses upon which Cisco may rely to establish the invalidity and the state of the art as to U.S. Patent No. 7,685,436 ("the '436 patent"), U.S. Patent No. 8,566,612 ("the '612 patent"), and U.S. Patent No. 7,921,323 ("the '323 patent").

Cisco has already provided the requisite notice through the pleadings and documents filed or served over the course of this litigation, including but not limited to its answer to the complaint, initial disclosures, invalidity contentions, expert reports, discovery responses, fact and expert depositions, trial exhibit lists, trial witness lists, and all documents cited or relied upon therein (collectively, the "Prior Notice"). These pleadings and documents comprising the Prior Notice

1

include the information that Section 282 requires with respect to the patents, publications, other prior art, and witnesses upon which Cisco intends to rely to establish the invalidity and the state of the art as to the asserted claims of the '436, '612, and '323 patents. Cisco therefore incorporates by reference that Prior Notice into this Section 282 Notice as if fully set forth herein. For the same reason, Cisco incorporates by reference into this Section 282 Notice all prior art cited or otherwise contained in the prosecution records of the applications that issued as the '436, '612, and '323 patents, as well as any related applications that were filed in the United States or world. Cisco additionally reserves the right to rely on any testimony or admissions of the named inventors of the '436, '612, and '323 patents or any experts engaged (past or present) by Lionra regarding the state of the art as to the asserted claims of the '436, '612, and '323 patents.

In addition, Cisco identifies the following prior art and trial witnesses who may testify in connection with Cisco's contentions as to invalidity of the '436, '612, and '323 patents.

**I.     PRIOR ART**

    **A.     System Art**

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Cisco Catalyst Series 6500 | | |
| Cisco Supervisor Engine | | |
| Cisco IDSM-2 | | |
| Best Practices for Catalyst 6500/6000 Series and Catalyst 4500/4000 Series Switches Running Cisco IOS Software | CISCO_LIONRA_00132464; CISCO_LIONRA_00330103 | CISCO_LIONRA_00132607; CISCO_LIONRA_00330217 |
| Full BOM Reports | CISCO_LIONRA_00144080 | CISCO_LIONRA_00144080 |
| Catalyst 6500 Series Switch and Cisco 7600 Series Router Firewall Services Module | CISCO_LIONRA_00125041 | CISCO_LIONRA_00125187 |

2

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Configuration Guide, 4.1; Applying Application Later Protocol Inspection, 2019-08-08 | | |
| Catalyst 6500 Series Switch and Cisco 7600 Series Router Firewall Services Module Configuration Guide, 4.1; Introduction to the Firewall Services Module, 2019-08-06 | CISCO_LIONRA_00117549 | CISCO_LIONRA_00117577 |
| Catalyst 6500 Series Switch Installation Guide, Product Overview | CISCO_LIONRA_00030055 | CISCO_LIONRA_00030148 |
| Catalyst 6500 Series Switch Software Configuration Guide, Software Release 8.7 | CISCO_LIONRA_00330502 | CISCO_LIONRA_00331989 |
| Catalyst 6500 Series Switch Supervisor Engine Guide | CISCO_LIONRA_00132660 | CISCO_LIONRA_00132739 |
| Catalyst 6500 SSL Module Execution Commit (EC) 2.1 Version, September 4th, 2003 | CISCO_LIONRA_00116240 | CISCO_LIONRA_00116280 |
| Cisco 6500 Service Modules - Cisco Community | CISCO_LIONRA_00330382 | CISCO_LIONRA_00330394 |
| Cisco 6500/6000 Switch High CPU Utilization | CISCO_LIONRA_00332197 | CISCO_LIONRA_00332222 |
| Cisco Catalyst 6500 Series | DEFS_LIONRA_00005001 | DEFS_LIONRA_00005007 |
| Cisco Catalyst 6500 Series Content Switching Module with SSL | CISCO_LIONRA_00114381; CISCO_LIONRA_00330320 | CISCO_LIONRA_00114383; CISCO_LIONRA_00330327 |
| Cisco Catalyst 6500 Series Intrusion Detection System (IDSM-2) Service Module Data Sheet | CISCO_LIONRA_00114384 | CISCO_LIONRA_00114387 |

3

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Cisco Catalyst 6500 Series Switch - Access Control List Processing Hardware vs Software | CISCO_LIONRA_00332046 | CISCO_LIONRA_00332048 |
| Cisco Catalyst 6500 Series Switch Data Sheet | CISCO_LIONRA_00330395 | CISCO_LIONRA_00330425 |
| Cisco Catalyst 6500 Switch Architecture, Session RST-5401 | CISCO_LIONRA_00332085 | CISCO_LIONRA_00332144 |
| Cisco Content Hub; Catalyst 6500 Series Switch and Cisco 7600 Series Router Firewall Services Module Configuration Guide, 4.1 | CISCO_LIONRA_00330218 | CISCO_LIONRA_00330252 |
| Cisco Firewall Services Module for Cisco Catalyst 6500 Series and Cisco 7600 Series | CISCO_LIONRA_00114365; CISCO_LIONRA_00110399 | CISCO_LIONRA_00114372; CISCO_LIONRA_00110410 |
| Cisco IPSec VPN Services Module Webpage | CISCO_LIONRA_00045364 | CISCO_LIONRA_00045365 |
| Cisco Product Info (WS-C6506) | CISCO_LIONRA_00144081 | CISCO_LIONRA_00144087 |
| Cisco Secure Socket Layer (SSL) Services Module Webpage | CISCO_LIONRA_00045348 | CISCO_LIONRA_00045350 |
| Data sheet; Catalyst 6000 Intrusion Detection System Module | DEFS_LIONRA_00004932 | DEFS_LIONRA_00004938 |
| Data Sheet; Catalyst 6000 Intrusion Detection System Module | DEFS_LIONRA_00004921 | DEFS_LIONRA_00004924 |
| Falcon Inline Software Functional Specification | CISCO_LIONRA_00143638 | CISCO_LIONRA_00143644 |
| Fornax Catalyst 6000 Firewall Blade Concept Commit June 1st, 2001 | CISCO_LIONRA_00114726 | CISCO_LIONRA_00114778 |
| FORNAX Design: High Performance firewall for C6K, introduction IBM NP based, 2001-04-30 | CISCO_LIONRA_00122464 | CISCO_LIONRA_00122491 |
| IDSM-2 Service Module for the Catalyst 6500 | CISCO_LIONRA_00139514; CISCO_LIONRA_00332249 | CISCO_LIONRA_00139527; CISCO_LIONRA_00332261 |

4

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Chassis Features, Management, Pricing & Comparisons to IDSM-1 Ver 17 | | |
| IPSM-3 Service Module for 6500 Switch and 7600 Router Chassis; Project "Roadster"; Product Requirements Document | CISCO_LIONRA_00132754 | CISCO_LIONRA_00132780 |
| Memory Guidance for Cisco Catalyst 6500 Series Switches, Q&A | CISCO_LIONRA_00332049 | CISCO_LIONRA_00332055 |
| SSL Services Module for the Catalyst 6500 & Cisco 7600 Series | CISCO_LIONRA_00114373 | CISCO_LIONRA_00114380 |
| Tiny Tim System Functional Specification | CISCO_LIONRA_00139323 | CISCO_LIONRA_00139333 |
| Virtual Switch Service cards functional specification | CISCO_LIONRA_00116529 | CISCO_LIONRA_00116570 |
| White Paper; Catalyst 6500 Series Service Provider Features | DEFS_LIONRA_00004866; DEFS_LIONRA_00004939 | DEFS_LIONRA_00004878; DEFS_LIONRA_00004959 |
| White Paper; Cisco Catalyst 6500 Architecture | CISCO_LIONRA_00330475 | CISCO_LIONRA_00330501 |
| White Paper; Comparison of the Cisco Catalyst and Cisco IOS Operating Systems for the Cisco Catalyst 6500 Series Switch Version 2 | DEFS_LIONRA_00004879; CISCO_LIONRA_00045227 | DEFS_LIONRA_00004920; CISCO_LIONRA_00045294 |
| White Paper; High Availability for the Cisco Catalyst 6500 Series Switches | CISCO_LIONRA_00045421 | CISCO_LIONRA_00045439 |
| Wargo Depo Ex. 13; Catalyst 6500/Cisco 7600 Firewall and Security Services Architecture Specification | CISCO_LIONRA_00130986 | CISCO_LIONRA_00131004 |

| System, Publication, or Other Document | Bates Beg | Bates End |
|---|---|---|
| Cisco Blogs "Cisco Catalyst 6500 Series Switches Celebrates 20th Birthday" | CISCO_LIONRA_00333436 | CISCO_LIONRA_00333445 |
| Cisco Newsroom "Cisco Advances Network Security; Integrates Multigigabit Network Security Services into the Catalyst 6500 Series" | CISCO_LIONRA_00333630 | CISCO_LIONRA_00333633 |
| Wargo Depo Ex. 22; Fornax Catalyst 6000 Firewall Blade Concept Commit | CISCO_LIONRA_TP_00000021 | CISCO_LIONRA_TP_00000073 |
| Cisco Press Release "Cisco Advances Network Security; Integrates Multigigabit Network Security Services into the Catalyst 6500 Series" | LIONRA-EDTX-00070038 | LIONRA-EDTX_00070041 |
| Switch Meshing as implemented on HP ProCurve 5300 Series | | |
| HP ProCurve Series 5300xl Switches Management and Configuration Guide | DEFS_LIONRA_00006361 | DEFS_LIONRA_00006992 |
| HP ProCurve Switch 5300xl Series Reviewer's Guide, Version 1.1, 2003-02-11 | DEFS_LIONRA_00006326 | DEFS_LIONRA_00006360 |
| HP ProCurve Switch xl modules Installation Guide | DEFS_LIONRA_00006993 | DEFS_LIONRA_00007028 |

II.   Persons To Be Identified Under 35 U.S.C. § 282(c)

| Name | Address |
|---|---|
| Dr. Tajana Rosing | University of California San Diego Computer Science and Engineering Department 3235 Voigt Dr |

| Name | Address |
|---|---|
|  | La Jolla, CA 92093 |
| Dr. Kevin Jeffay | University of North Carolina at Chapel Hill<br>Department of Computer Science<br>201 S Columbia St<br>Chapel Hill, NC 27599 |
| Shawn Wargo | Cisco Systems, Inc.<br>300 East Tasman Dr.<br>San Jose, CA 95134 USA |
| Dr. Melvin Tsai | Cisco Systems, Inc.<br>500 Terry A Francois Blvd<br>San Francisco, CA 94158 |
| Jeremy Felix | Cisco Systems, Inc.<br>500 Terry A Francois Blvd<br>San Francisco, CA 94158 |

\*   \*   \*

Cisco reserves the right to supplement or to modify this Section 282 Notice through and including the time of trial.

DATE:  April 19, 2024

Respectfully submitted,

*/s/ Brian A. Rosenthal*

Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
Karl Kowallis
kkowallis@gibsondunn.com
Vivian Lu
vlu@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.6300
Facsimile: 212.351.4035

Christine Ranney
cranney@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1801 California St.
Denver, CO 80202-2642
Telephone: 303.298.5700
Facsimile: 650.849.5333

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
Ashbey Morgan
anmorgan@gibsondunn.com
Texas State Bar No. 24106339
Audrey Yang
ayang@gibsondunn.com
Texas State Bar No. 24118593
Julia Tabat
jtabat@gibsondunn.com
Texas State Bar No. 24139414
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3360
Facsimile: 214.571.2907

Jennifer Rho
jrho@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 S Grand Ave
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.6103

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 26301351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

*Attorneys for Defendant Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that notice was served via email on counsel of record on April 19, 2024.

                                                    */s/ Brian A. Rosenthal*
                                                    Brian A. Rosenthal