**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br>v.<br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LIMITED<br>v.<br>CISCO SYSTEMS, INC. | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case) |
| LIONRA TECHNOLOGIES LIMITED<br>v.<br>PALO ALTO NETWORKS, INC. | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case) |

**JOINT MOTION TO AMEND THE DOCKET CONTROL ORDER**

Plaintiff Lionra Technologies Ltd. and Defendants Fortinet, Inc., Cisco Systems, Inc., and Palo Alto Networks, Inc. respectfully file this Joint Motion to Amend the deadlines in the Court's Fifth Amended Docket Control Order (Dkt. No. 311) as shown in the table below.

The parties have met and conferred, and respectfully request that the Court enter the amended schedule.

The parties believe there is good cause to amend the Docket Control Order to extend the deadline to file the Joint Pretrial Order, Updated Exhibit Lists, Updated Witness Lists, Updated Deposition Designations, and Responses to Motions *in Limine* by 3 days (until April 29, 2024) as reflected below. Since entering the Fifth Amended Docket Control Order on March 11, 2024, the date set for the Pretrial Conference has been moved from May 3 to May 6. The parties seek only

a limited, corresponding three-day extension for the due date for the Joint Pretrial Order, Updated Exhibit Lists, Updated Witness Lists, Updated Deposition Designations, and Responses to Motions *in Limine*.

These modifications are not requested for the purpose of delay but to allow the parties additional time to confer on and finalize the above pretrial submissions. Accordingly, the parties submit that there is good cause to amend the deadlines as reflected below to further the parties' efforts to streamline the case and prepare for trial.

| **Original Date** | **Amended Date** | **Event** |
|---|---|---|
| May 20, 2024 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas** |
| 1 day after Defendants disclose final invalidity theories, etc. | | *File Joint Proposed Jury Instructions and Joint Proposed Verdict Form (timed to take place after both sides have made final disclosures) |
| 7 days before Jury Selection | | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable defenses. |
| 10 days before Jury Selection | | *Plaintiff to disclose final election of Asserted Claims. |
| May 6, 2024 | | *Pretrial Conference - 9:00 a.m. in **Marshall, Texas** before Judge Roy S. Payne |
| April 26, 2024 | April 29, 2024 | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| April 26, 2024 | April 29, 2024 | *File Responses to Motions *in Limine* |

| | | |
|---|---|---|
| April 26, 2024 | | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |

For these reasons, the parties respectfully request that the Court enter the proposed Sixth Amended Docket Control Order.

Dated: April 23, 2024

*/s/ Glen E. Summers*
Brett E. Cooper (NY Bar No. 4011011)
LEAD ATTORNEY
Seth Hasenour (TX Bar No. 24059910)
Jonathan Yim (TX Bar No. 24066317)
Drew B. Hollander (NY Bar No. 5370896)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Telephone: (212) 951-0100
bcooper@bc-lawgroup.com
shasenour@bc-lawgroup.com
jyim@bc-lawgroup.com
dhollander@bc-lawgroup.com

Andrea L. Fair (TX Bar No. 24078488)
Garrett Parish (TX Bar No. 24125824)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
andrea@wsfirm.com
gparish@wsfirm.com

Glen E. Summers (CO Bar No. 30635)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
glen.summers@bartlitbeck.com

Mark Levine (IL Bar No. 6276086)
Luke Beasley (IL Bar No. 6334359)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
mark.levine@bartlitbeck.com
luke.beasley@bartlitbeck.com

*Attorneys for Plaintiff Lionra Technologies Limited*

By: */s/ Melissa R. Smith*
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Alexandra Lane
axlane@duanemorris.com
**DUANE MORRIS LLP**
1540 Broadway
New York, NY 10036
Telephone: 212.471.4772
Facsimile: 212.937.3568

*Attorneys for Defendant Fortinet, Inc.*

By: */s/ Brian A. Rosenthal*
Brian A. Rosenthal (lead attorney)
brosenthal@gibsondunn.com
Katherine Dominguez
kdominguez@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Stuart M. Rosenberg
srosenberg@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94304-1211
Telephone: 650.849.5300
Facsimile: 650.849.5333

Albert Suarez IV
asuarez@gibsondunn.com
Texas State Bar No. 24113094
Audrey Yang
ayang@gibsondunn.com
Texas State Bar No. 24118593
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3360
Facsimile: 214.571.2907

Melissa R. Smith
melissa@gillamsmithlaw.com
Texas State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

*Attorneys for Defendant Cisco Systems, Inc.*

By: */s/ Eric A. Buresh*

Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (admitted *pro hac vice*)
ERISE IP, P.A.
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendant Palo Alto Networks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Glen E. Summers*
Glen E. Summers

**CERTIFICATE OF CONFERENCE**

The undersigned herby certifies that counsel for Parties complied with the meet and confer requirement in Local Rule CV-7(h) on April 22, 2024, and the Parties are in agreement as to this Motion's substance, as indicated by the signatures of counsel for all Parties.

*/s/ Glen E. Summers*
Glen E. Summers