**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>FORTINET, INC.<br><br>Defendant. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |

## ORDER

Before the Court is the Joint Motion to Vacate Pretrial Conference and Trial Date Pending Resolution of Issues Related to Report & Recommendation filed by Fortinet and Lionra. (**Dkt. No. 488**.) Having Considered the Motion, and the Parties' subsequent Joint Notice (Dkt. No. 497), the Court **GRANTS** the Motion.

**IT IS ORDERED** all pretrial deadlines and trial date as to Lionra and Fortinet in C.A. No. 2:22-cv-322 are hereby continued. **IT IS FURTHER ORDERED** that the parties will file supplemental briefing to Fortinet's motion for summary judgment (Dkt. No. 261) on the issues identified in their Joint Notice. Fortinet is to file a brief of no more than ten pages by May 20, 2024 with Lionra to file a brief of the same length by June 3, 2020.

**SIGNED this 2nd day of May, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE