# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0322-JRG-RSP |
| | § | |
| FORTINET, INC. | § | |

## Pretrial Conference
## MAG. JUDGE ROY PAYNE PRESIDING
### May 6, 2024

**OPEN: 9:02 am**                                                    **ADJOURN: 3:05 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Joshua Scheufler |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Melissa Smith introduced co-counsel and announced ready for Palo Alto and Cisco.

Jury Selection will be May 20, 2024, at 9:00 a.m. before Judge Gilstrap. The Court will keep the parties updated on the trial docket.

Glen Summers spoke to the Court regarding whether Palo Alto or Cisco should be tried first. Brian Rosenthal responded for Cisco. Mark Lang responded for Palo Alto.

Regarding the Palo Alto case, the parties will be allowed 11 hours of evidence per side. Each side will have 30 minutes for voir dire, 30 minutes for opening statements and 40 minutes for closing arguments. The trial management procedures in the Pretrial Order are acceptable to the Court.

Brian Rosenthal argued an issue regarding exchanging demonstratives that will be used during closing arguments. Mr. Summers responded. The disclosure of the demonstratives shall be made not less than two hours before the closing arguments begin.

The Court heard objections to witness lists. Luke Beasley and Mark Levine argued for Lionra. Mark Lang responded for Palo Alto.

The Court then heard arguments on the omnibus Motions in Limine.  Andrea Fair, Mark Levine and Luke Beasley argued for Lionra.  Ashbey Morgan and Brian Rosenthal argued for Cisco.  Mark Lang argued for Palo Alto.  The Court made rulings.

The parties then argued objections to Defendant Palo Alto's Motions in Limine.  Nick Apel argued for Palo Alto.  Mr. Beasley argued for Lionra.  The Court made rulings.

The parties then argued objections to Defendant Cisco's Motions in Limine.  Ms. Morgan and Mr. Rosenthal argued for Cisco.  Mr. Beasley argued for Lionra.  The Court made rulings.

After the lunch break, Mr. Beasley updated the Court regarding the exhibit agreements.  The parties then began argument on the remaining objections to exhibits.  Ms. Morgan for Cisco.  Mr. Beasley, Mr. Summers, Mr. Levine, and Mr. Parish for Lionra.  Mr. Apel and Mr. Lang for Palo Alto.  The Court made rulings.

The Court informed the parties that if this case is reached on May 20th, the Cisco case will be first.

The final pretrial conference will be held on May 16, 2024, at 11:00 a.m.