IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD, § § *Plaintiff,* § § v. § § FORTINET, INC., § § *Defendant.* § § § | Case No. 2:22-CV-00322-JRG-RSP (LEAD CASE) |

## ORDER

Defendants Palo Alto Networks, Fortinet, Inc., and Cisco Systems, Inc. previously filed similar Motions for Summary Judgment on a License Defense (Dkt. Nos. 254, 261, 264.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 479), recommending granting of Defendants' License Summary Judgment Motions. Lionra has now filed Objections. (Dkt. No. 507.)

After conducting a *de novo* review of the briefing on the License Summary Judgment Motions, the Report and Recommendation, and the briefing on Lionra's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Lionra's Objections and **ADOPTS** the Report and Recommendation and orders that the License Summary Judgment Motions (Dkt. Nos. 254, 261, 264) are **GRANTED**.

**So Ordered this**

**May 13, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE