# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LTD.,<br>*Plaintiff,*<br><br>v.<br><br>FORTINET, INC.,<br>*Defendant* | § § § § § § § § § | Case No. 2:22-cv-00322-JRG-RSP<br>(LEAD CASE) |
| LIONRA TECHNOLOGIES LTD.,<br>*Plaintiff,*<br><br>v.<br><br>CISCO SYSTEMS, INC.<br>*Defendant* | § § § § § § § § § § | Case No. 2:22-cv-00305-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |
| LIONRA TECHNOLOGIES LTD.,<br>*Plaintiff,*<br><br>v.<br><br>PALO ALTO NETWORKS, INC.<br>*Defendant* | § § § § § § § § § § § | Case No. 2:22-cv-00334-JRG-RSP<br>(Member Case)<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT PALO ALTO NETWORKS, INC.'S
NOTICE OF IPR INSTITUTION FOR ALL ASSERTED PATENTS AND
SUPPLEMENTAL AUTHORITY FOR MOTION TO STAY (DKT. 218)**

Defendant Palo Alto Networks, Inc. ("PAN") filed a Motion To Stay Pending *Inter Partes* Review. See Dkts. 218, 232, 236, and 247. Relating to this pending motion, PAN respectfully notifies the Court that Final Written Decisions applicable to all asserted claims in this action are now due to be issued on or before October 18, 2024. On May 9, 2024, the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office granted PAN's Motion for

Joinder with the Cisco IPRs and instituted review of both of the patents asserted against PAN: U.S. Patent Nos. 7,685,436 ("the '436 Patent") and 8,655,612 ("the '612 Patent").  *See* Ex. A (IPR2024-00099, Decision Granting Institution of *Inter Partes* Review of '436 Patent and Granting Motion for Joinder); Ex. B (IPR2024-00158, Decision Granting Institution of *Inter Partes* Review of '612 Patent and Granting Motion for Joinder).[1]  In its institution decision, the PTAB "determine[d] that Petitioner has established a reasonable likelihood of success in showing that claim 1 would have been obvious in view of Pham and Wu" and that it had considered certain claim construction arguments raised by Patent Owner that were not raised in the Cisco IPRs pre-institution.  Ex. A at 26 and fn.1.  Because PAN's IPRs have been joined with the Cisco IPRs in progress, Final Written Decisions are due on or before October 18, 2024.

Accordingly, the PTAB has now instituted PAN's IPRs on both Asserted Patents, which encompasses all claims asserted in this case.

Dated: May 13, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (admitted pro hac vice)
Nick R. Apel (admitted pro hac vice)
**ERISE IP, P.A.**
7015 College Blvd., Ste. 700
Overland Park, KS 66211
Tel: (913) 777-5600
Fax: (913) 777-5601
Eric.Buresh@eriseip.com
Michelle.Marriott@eriseip.com
Mark.Lang@eriseip.com
Lydia.Raw@eriseip.com
Nick.Apel@eriseip.com

---

[1] Defendant Fortinet, Inc. is also a Petitioner in these proceedings.

1

Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
717 17th Street, Suite 1400
Denver, CO 80202
abran.kean@eriseip.com

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

*Attorneys for Defendant Palo Alto Networks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 13, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ Melissa R. Smith