# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § § § | |
| *Plaintiff*, | § | |
| v. | § § | CIVIL ACTION NO. 2:22-cv-00322-JRG-RSP (LEAD CASE) |
| FORTINET, INC., | § § § | |
| *Defendant*. | § | |

## MEMORANDUM ORDER

Before the Court is Palo Alto Networks, Inc.'s Motion For Leave to File Motion for Summary Judgment of Release of Claims (Dkt. No. 512). After consideration, the Court **GRANTS AS MODIFIED** the motion as provided below.

PAN requests leave from the Court to file a summary judgment motion after the deadline for dispositive motions regarding a License Agreement entered into between Lionra and one of PAN's suppliers. (Mot. at 1.) The Agreement was entered into on February 23, 2024 and produced April 11, 2024. (*Id*.) PAN moved for leave May 10, 2024. (*Id*.) At that time, trial was set for May 20, 2024 but the parties' trial date has since been continued.

The Court **GRANTS** PAN's Motion and **ORDERS** Lionra to file a response, if any, by May 27, 2024 not to exceed the number of pages used by PAN in its motion for summary judgment. No further briefing will be considered.

**SIGNED this 21st day of May, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1