**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

LIONRA TECHNOLOGIES LIMITED,

Plaintiff,

v.

FORTINET, INC.

Defendant.

Case No. 2:22-cv-00322-JRG-RSP
(Lead Case)

**JURY TRIAL DEMANDED**

**JOINT MOTION TO CONTINUE TRIAL DATE**

Plaintiff Lionra Technologies Limited ("Lionra") and Defendant Fortinet, Inc. ("Fortinet") hereby file this joint motion to continue the June 24 trial date to the next available setting in view of pre-existing scheduling conflicts the week of June 24 of both of Fortinet's experts as described below, and also to continue the June 12 pretrial conference and motion hearing.

Background. On Saturday, June 1, 2024, the Court set this case for trial the week of June 24, 2024. On June 5, 2024, the Court scheduled the pretrial conference for June 12, 2024 (Dkt. 541) and set a hearing on Fortinet's motion for summary judgment of non-infringement (Dkt. 260) for the same date.

The June 24 Trial Date. Fortinet's only technical expert, Dr. Kevin Almeroth (who will testify both on non-infringement and invalidity) is also a testifying expert in a case scheduled for trial before Judge Williams in the District of Delaware on June 24-28, 2024. *See* Ex. 1, Almeroth Declaration, at ¶ 5-6. Judge Williams set that case for trial in an Order on January 24, 2024. *Id.* Dr. Almeroth thus has a pre-existing conflict and will be unavailable for trial in the above-captioned case on June 24. *Id.*

Separately, Fortinet's damages expert, Ambreen Salters, scheduled a 10-day trip to Europe with her family, departing on June 25 and returning on July 7. *See* Ex. 2, Salters Declaration, at ¶ 5. Ms. Salters scheduled this trip shortly after the Court's May 2, 2024 Order continuing all pretrial deadlines and trial date in the above-captioned case, and it is therefore a pre-existing conflict. *Id.*

Fortinet submits that these experts are essential to Fortinet's defense in this matter, and that their absence from trial would unduly and irreparably prejudice Fortinet. In light of the facts described above, Lionra does not oppose Fortinet's request, and the parties jointly request that the Court continue the trial date to the next available setting.

The June 12 Pretrial Conference and Motion Hearing. The parties are in the process of scheduling a further mediation with Judge Folsom in view of the Court's Report and Recommendation dated June 6, 2024, Doc. 452, which the parties would like to complete before the pretrial conference in this case, if possible. If the Court grants the joint motion to continue the trial date, therefore, the parties respectfully request that the Court also continue the pretrial conference and the hearing on Fortinet's summary judgment motion.

A proposed Order is attached hereto.

Dated: June 7, 2024

Respectfully submitted,

***Counsel for Plaintiff***
***Lionra Technologies Limited***

*/s/ Brett E. Cooper*
Brett E. Cooper (NY Bar No. 4011011)
Seth Hasenour (TX Bar No. 24059910)
Jonathan Yim (TX Bar No. 24066317)
Drew B. Hollander (NY Bar No. 5370896
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor

New York, New York 10016
Telephone: (212) 951-0100
Email: bcooper@bc-lawgroup.com
Email: shasenour@bc-lawgroup.com
Email: jyim@bc-lawgroup.com
Email: dhollander@bc-lawgroup.com

Andrea L. Fair (TBN 24078488)
Garret Parish (TBN 24125824)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Email: andrea@wsfirm.com
Email: gparish@wsfirm.com

Glen E. Summers
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Email: glen.summers@bartlitbeck.com

Mark Levine
Luke Beasley
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400
Email: mark.levine@bartlitbeck.com
Email: luke.beasley@bartlitbeck.com

***Counsel for Defendant Fortinet, Inc.***

*/s/ Melissa R. Smith*
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet

mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1198
Facsimile: 215.754.4983

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 7, 2024.

*/s/ Melissa R. Smith*