# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>      Plaintiff,<br><br> v.<br><br>FORTINET, INC.<br><br>      Defendant. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Plaintiff Lionra Technologies Limited and Defendant Fortinet, Inc.'s Joint Motion To Continue Trial Date. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.