# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, Plaintiff, v. FORTINET, INC. Defendant. | Civil Action No. 2:22-CV-00322-JRG-RSP (LEAD CASE) |
| LIONRA TECHNOLOGIES LIMITED, Plaintiff, v. CISCO SYSTEMS, INC. Defendant. | Civil Action No. 2:22-CV-00305-JRG-RSP (MEMBER CASE) |
| LIONRA TECHNOLOGIES LIMITED, Plaintiff, v. PALO ALTO NETWORKS, INC. Defendant. | Civil Action No. 2:22-CV-00334-JRG-RSP (MEMBER CASE) |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Lionra Technologies Limited and Defendant Palo Alto Networks, Inc. (the "Parties") jointly notify the Court that all matters in controversy between the Parties have been settled, in principle. Accordingly, the Parties jointly move the Court to stay all unreached deadlines contained in the Court's Docket Control Order for thirty (30) days so that the appropriate dismissal papers may be submitted.

1

For purposes of clarity, this Joint Motion to Stay applies only to *Lionra Technologies Limited v. Palo Alto Networks, Inc.*, Case No. 2:22-cv-334-JRG-RSP.

Dated: June 14, 2024                               Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
Drew B. Hollander (NY SBN 5378096)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 951-0100
Facsimile: (646) 293-2201

Andrea L. Fair (TX Bar No. 24078488)
Garrett Parish (TX Bar No. 24125824)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Email: andrea@wsfirm.com
Email: gparish@wsfirm.com

Glen E. Summers (CO Bar No. 30635)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Email: glen.summers@bartlitbeck.com

Mark Levine (IL Bar No. 6276086)
Luke Beasley (IL Bar No. 6334359)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400

Email: mark.levine@bartlitbeck.com
Email: luke.beasley@bartlitbeck.com

Amy J. Wildermuth (IL Bar No. 6256999)
17811 Comstock Road
Wayzata, Minnesota 55391
Telephone: (801) 913-4068
Email: amy.wildermuth@gmail.com

***Attorneys for Plaintiff***
***Lionra Technologies Limited***


*/s/ Melissa Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Eric A. Buresh (KS Bar 19895)
Michelle L. Marriott (KS Bar 21784)
Mark C. Lang (KS Bar 26185)
Lydia C. Raw (*Pro Hac Vice*)
Nick R. Apel (*Pro Hac Vice*)
**ERISE IP, P.A.**
7015 College Boulevard, Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile:  (913) 777-5601
Email: eric.buresh@eriseip.com
Email: michelle.marriott@eriseip.com
Email: mark.lang@eriseip.com
Email: lydia.raw@eriseip.com
Email: nick.apel@eriseip.com

Abran J. Kean (CO Bar 44660)
**ERISE IP, P.A.**
717 17th Street, Suite 1400
Denver, Colorado 80202
Email: abran.kean@eriseip.com

***Attorneys for Defendant Palo Alto Networks, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Brett Cooper*
Brett Cooper

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff Lionra Technologies Limited met and conferred with counsel for Defendant Palo Alto Networks, Inc. on June 14, 2024. The Parties are in agreement and seeking joint relief.

*/s/ Brett Cooper*
Brett Cooper