IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIONRA TECHNOLOGIES LIMITED | § § § | |
| v. | § § § § | CASE NO. 2:22-CV-00334-JRG-RSP |
| PALO ALTO NETWORKS, INC. | § § | |

## REPORT OF MEDIATION

The above-captioned case was mediated (via Zoom video conference) by David Folsom on Monday and Tuesday, June 3rd and 4th, 2024 between Lionra Technologies Ltd and Palo Alto Networks. As a result of the sessions a settlement was reached.

Signed this Wednesday, June 19, 2024.

/s/ David Folsom
David Folsom
TXBN: 07210800
6002-B Summerfield Drive
Texarkana, Texas  75503
Cell: 903 277-7303
Email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Wednesday, June 19, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom