# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LTD., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:22-cv-00322-JRG-RSP |
| § | |
| FORTINET, INC., § | |
| § | |
| *Defendant*. § | |

## ORDER ON MOTIONS *IN LIMINE*

The Court held a Pretrial Conference in the above-captioned case on July 31, 2024, regarding motions *in limine* filed by Plaintiff Lionra (Dkt. No. 465), and Defendant Fortinet (Dkt. No. 464). This Order summarizes and memorializes the Court's rulings and reasons, including additional instructions given to the parties. While this Order memorializes such rulings, it in no way limits or constrains the Court's rulings as announced into the record from the bench. Further, a party must approach the bench before introducing evidence or argument about the subject matter of a motion *in limine* that has been granted. Accordingly, it is hereby **ORDERED** as follows:

### A. Lionra's Motions *in Limine* (Dkt. No. 465)

1. Plaintiff's MIL No. 3: Exclude Evidence, Testimony, or Argument Regarding Technical Details of Defendants' Patents, Including How They Relate to the Accused Products.

This motion *in limine* is **GRANTED**, except to the extent that Defendants may note they have patents in this technology space (not that they cover the accused products, because they do not have an expert opinion to that effect). They shall not discuss the technical details of their patents beyond the level of information in Paragraph 36 of Ms. Salters' report[1].

---

[1] The Court ordered the redaction of one passage of ¶36 of the Salters report: "including over a hundred patents which relate to its FortiGate product line (including the Accused Products)." Dkt. No. 546-1.

**B.     Fortinet's Motions *in Limine* (Dkt. Nos. 464)**

1. <u>Defendant's MIL No. 1</u>: Lionra shall be precluded from raising any argument, evidence, testimony, insinuation, reference, or assertion regarding the entire market value of the accused products.

This motion *in limine* is **GRANTED** to the extent of the total revenue figure referenced in Fortinet's motion.

2. <u>Defendant's MIL No. 2</u>: Lionra shall be precluded from raising any argument, evidence, testimony, insinuation, reference, or assertion regarding any specific royalty percentages or lump sum figures paid by Fortinet as part of any agreement that Lionra has not provided expert opinion testimony showing the agreement to be technically and economically comparable.

This motion *in limine* is **GRANTED** as to the financial terms of the Trend Micro and K. Mizra licenses. The Court declines to preclude Fortinet from referencing its analysis of licenses beyond any agreement between counsel and the rulings on the motions to strike.

**SIGNED this 31st day of July, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE