IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC. <br><br> Defendant. | Civil Action No. 2:22-CV-00322-JRG-RSP <br><br> (LEAD CASE) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC. <br><br> Defendant. | Civil Action No. 2:22-CV-00305-JRG-RSP <br><br> (MEMBER CASE) |
| LIONRA TECHNOLOGIES LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> PALO ALTO NETWORKS, INC. <br><br> Defendant. | Civil Action No. 2:22-CV-00334-JRG-RSP <br><br> (MEMBER CASE) |

**JOINT NOTICE OF COMPLIANCE REGARDING JOINT PROPOSED JURY INSTRUCTIONS AND JOINT PROPOSED VERDICT FORM**

Plaintiff Lionra Technologies Limited and Defendant Fortinet, Inc. (collectively, the "Parties") hereby notify the Court that the Parties have complied with the Court's Order setting the deadline to file Joint Proposed Jury Instructions and Joint Proposed Verdict Form (Dkt. No. 567) by filing with this notice Joint Proposed Jury Instructions and the Parties' Proposed Verdict

Forms. The Joint Proposed Jury Instructions, Lionra's Proposed Verdict Form, and Fortinet's Proposed Verdict Form are attached to this notice as Exhibits A, B, and C, respectively.

Dated: August 9, 2024

Respectfully submitted,

*/s/ Glen E. Summers*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
Drew B. Hollander (NY SBN 5378096)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 951-0100
Facsimile: (646) 293-2201

Glen E. Summers (CO Bar No. 30635)
**BARTLIT BECK LLP**
1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Email: glen.summers@bartlitbeck.com

Mark Levine (IL Bar No. 6276086)
Luke Beasley (IL Bar No. 6334359)
Jessica Bernhardt (IL Bar No. 6332451)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400
Email: mark.levine@bartlitbeck.com
Email: luke.beasley@bartlitbeck.com

Amy J. Wildermuth (IL Bar No. 6256999)
17811 Comstock Road
Wayzata, Minnesota 55391
Telephone: (801) 913-4068
Email: amy.wildermuth@gmail.com

*Of Counsel:*
Andrea L. Fair (TX Bar No. 24078488)
Garrett Parish (TX Bar No. 24125824)
**WARD, SMITH & HILL, PLLC**

2

1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Email: andrea@wsfirm.com
Email: gparish@wsfirm.com

***Attorneys for Plaintiff***
***Lionra Technologies Limited***

*/s/ Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1198
Facsimile: 215.754.4983

***Attorneys for Defendant***
***Fortinet, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2024, the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ *Glen E. Summers*
Glen E. Summers

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff Lionra Technologies Limited met and conferred with counsel for Defendant Fortinet, Inc. on August 9, 2024.  This notice is joint and is, therefore, unopposed.

/s/ *Glen E. Summers*
Glen E. Summers