# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>    Plaintiff,<br><br> v.<br><br>FORTINET, INC.<br><br>    Defendant. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case)<br><br>**JURY TRIAL DEMANDED** |

**FORTINET, INC.'S UNOPPOSED MOTION FOR EXPEDITED BRIEFING**

Defendant Fortinet, Inc. ("Fortinet") respectfully requests that the Court order an expedited briefing schedule with respect to Fortinet's Motion to Continue Trial Date (Dkt. No. 605). With trial in this case scheduled set for the September 6, 2024 trial setting, Fortinet respectfully requests that the Court enter an expedited briefing schedule in which Lionra will respond to the motion by August 29, 2024 and no further briefing will be allowed. The parties have conferred, and Lionra does not oppose Fortinet's request or the proposed briefing deadline, subject to the Court's approval.

Thus, Fortinet respectfully requests that the Court enter the attached order setting an expedited briefing schedule regarding Fortinet's Motion to Continue Trial Date.

Dated:  August 27, 2024

Respectfully submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson
dcdotson@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Brianna M. Vinci

bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1198
Facsimile: 215.754.4983

*Counsel for Defendant Fortinet, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the Parties met and conferred to discuss the substantive issues addressed in this Motion pursuant to Local Rule CV-7(h).  Plaintiff does not oppose this request.

*/s/ Melissa R. Smith*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 27, 2024.

*/s/ Melissa R. Smith*
