IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FORTINET, INC.<br><br>　　　　　　Defendant. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |

# ORDER

Before the Court is Fortinet, Inc.'s Unopposed Motion for Expedited Briefing. (**Dkt. No. 606**.) After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**. It is **ORDERED** Lionra is to file a response, if any, to Fortinet's motion to continue no later than August 29, 2024 with no further briefing allowed.

**SIGNED this 28th day of August, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE