**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, | |
| Plaintiff, | Case No. 2:22-cv-00322-JRG-RSP |
| vs. | |
| FORTINET, INC., | |
| Defendant. | |

**ORDER**

Before the Court is Defendant Fortinet, Inc.'s Motion to Stay Pending *Inter Partes* Review. (**Dkt. No. 176**.) As this case is now on the eve of trial, there is little if any simplification to be had by staying the case. As such, the Court **DENIES** Fortinet's motion.

**SIGNED this 8th day of September, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE