# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>FORTINET, INC.<br><br>    Defendant. | Civil Action No. 2:22-CV-00322-JRG-RSP<br><br>(LEAD CASE) |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Lionra Technologies Limited and Defendant Fortinet, Inc. (collectively, the "Parties"), jointly notify the Court that all matters in controversy between the Parties have been settled, in principle. Accordingly, the Parties jointly move the Court to stay all unreached deadlines contained in the Court's Docket Control Order for thirty (30) days so that the appropriate dismissal papers may be submitted.

Dated: September 14, 2024

Respectfully submitted,

*/s/ Brett Cooper*
Brett E. Cooper (NY SBN 4011011)
bcooper@bc-lawgroup.com
Seth Hasenour (TX SBN 24059910)
shasenour@bc-lawgroup.com
Jonathan Yim (TX SBN 24066317)
Drew B. Hollander (NY SBN 5378096)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, New York 10016
Telephone: (212) 951-0100
Facsimile:  (646) 293-2201

Glen E. Summers (CO Bar No. 30635)
**BARTLIT BECK LLP**

1

1801 Wewatta Street, Suite 1200
Denver, Colorado 80202
Telephone: (303) 592-3100
Email: glen.summers@bartlitbeck.com

Mark Levine (IL Bar No. 6276086)
Luke Beasley (IL Bar No. 6334359)
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone: (312) 494-4400
Email: mark.levine@bartlitbeck.com
Email: luke.beasley@bartlitbeck.com

Amy J. Wildermuth (IL Bar No. 6256999)
17811 Comstock Road
Wayzata, Minnesota 55391
Telephone: (801) 913-4068
Email: amy.wildermuth@gmail.com

*Of Counsel:*
Andrea L. Fair (TX Bar No. 24078488)
Garrett Parish (TX Bar No. 24125824)
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
Telephone: (903) 757-6400
Email: andrea@wsfirm.com
Email: gparish@wsfirm.com

***Attorneys for Plaintiff***
***Lionra Technologies Limited***

*/s/ Matthew Gaudet*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
Email: melissa@gillamsmithlaw.com

Matthew C. Gaudet
mcgaudet@duanemorris.com
David C. Dotson

2

dcdotson@duanemorris.com
John R. Gibson
jrgibson@duanemorris.com
Alice E. Snedeker
aesnedeker@duanemorris.com
Daniel Mitchell
dmitchell@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, N.E., Suite 1700
Atlanta, Georgia 30309-3929
Telephone: 404.253.6900
Facsimile: 404.253.6901

Brianna M. Vinci
bvinci@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103
Telephone: 215.979.1198
Facsimile: 215.754.4983


*Attorneys for Defendant
Fortinet, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2024, the foregoing was electronically filed in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

/s/ *Brett Cooper*
Brett Cooper

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(h), the undersigned certifies that counsel for Plaintiff Lionra Technologies Limited met and conferred with counsel for Fortinet, Inc. on September 14, 2024. This motion is joint and is, therefore, unopposed.

/s/ *Brett Cooper*
Brett Cooper