UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED<br><br>v.<br><br>FORTINET, INC. | Case No. 2:22-cv-00322-JRG-RSP<br>(Lead Case) |

### ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement filed by Plaintiff Lionra Technologies Limited and Defendant Fortinet, Inc. (**Dkt. No. 615**.) In the Motion, the Parties represent that they have reached a settlement of all matters in controversy, and request that the Court stay the above captioned action for thirty (30) days.

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the above captioned action is hereby stayed for thirty (30) days from the date of this Order, during which time appropriate dismissal papers shall be filed with the Court.

SIGNED this 16th day of September, 2024.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE