# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LIONRA TECHNOLOGIES LIMITED, | § |
| *Plaintiff*, | § |
| v. | §  CASE NO. 2:22-CV-00322-JRG-RSP |
| FORTINET, INC., | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Lionra Technologies Limited and Fortinet, Inc. (**Dkt. No. 617**). In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action **WITH** prejudice. (*Id*. at 1).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

So ORDERED and SIGNED this 29th day of October, 2024.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE